UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CORNELL HOLDEN and MIGUEL MEJIA on
behalf of themselves and all others similarly situated,

                                 Plaintiffs,

   -against-                                         1:17-cv-02192-JGK-RWL

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY; THE PORT AUTHORITY POLICE
DEPARTMENT; and MICHAEL OPROMALLA,
SHAUN KEHOE, JOHN TONE, JORDAN
ESPOSITO, MICHAEL DEMARTINO, RICHARD
ALYMER, and OFFICERS JOHN DOE 1-100, sued
in their individual capacities and official capacities as
officers of the Port Authority Police Department,

                                Defendants.
------------------------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW AS ATTORNEY

      PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York, and upon the accompanying declaration of Thomas Patrick Lane, Cornell Holden and Miguel Mejia (the "Plaintiffs") hereby move this Court to withdraw Dorian Slater Thomas as a counsel of record and to remove him from the ECF service list in the above-captioned action, as Mr. Thomas is no longer associated with Winston & Strawn LLP. The attorneys of record for the Plaintiffs continue to represent the Plaintiffs in this matter. Mr. Thomas' withdrawal will neither delay resolution of the above-captioned action nor prejudice any parties, and there is good cause to permit Mr. Thomas to withdraw as counsel for Plaintiffs.

    New York, New York
    January 30, 2018

By: */s/ Thomas Patrick Lane*
Thomas Patrick Lane, TL8983

**Winston & Strawn LLP**
Michael S. Elkin, ME2300
Seth E. Spitzer, SS6387
Ross M. Kramer, RK3463
200 Park Avenue
New York, NY 10166
(212) 294-6700

**The Legal Aid Society**
William Gibney, WG1635
Kimberly Forte, KF0294
Cynthia Conti-Cook CC0778
199 Water Street
New York, NY 10038
(212) 577-3300