**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

CORNELL HOLDEN and MIGUEL MEJIA on
behalf of themselves and all others similarly situated,

                           Plaintiffs,

  -against-                                    1:17-cv-02192-JGK-RWL

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY; THE PORT AUTHORITY POLICE
DEPARTMENT; and MICHAEL OPROMALLA,
SHAUN KEHOE, JOHN TONE, JORDAN
ESPOSITO, MICHAEL DEMARTINO, RICHARD
ALYMER, and OFFICERS JOHN DOE 1-100, sued
in their individual capacities and official capacities as
officers of the Port Authority Police Department,

                           Defendants.
-------------------------------------------------------------------x

## ORDER ON MOTION TO WITHDRAW AS ATTORNEY

      This matter is before the Court on Plaintiffs Cornell Holden and Miguel Mejia's Motion to Withdraw Dorian Slater Thomas as a counsel of record in the above-captioned matter. The Court, having considered the Motion and accompanying declaration, GRANTS the Motion.

      IT IS HEREBY ORDERED that Mr. Thomas is withdrawn as a counsel of record, that his appearance is deemed withdrawn as of the date of this order, and that his email address be removed from the Court's ECF service list in the above-captioned matter. All future pleadings, notices, and other documents are to be served on the remaining counsel of record for Plaintiffs.

Dated: January __, 2018

                                              _____
                                              Honorable Robert W. Lehrburger, U.S.M.J.