# EXHIBIT C

COMMUNITY OFFICE
37-32 75TH STREET, 1ST FLOOR
JACKSON HEIGHTS, NY 11372
TEL: (718) 803-6373
FAX: (718) 803-9832

CITY HALL OFFICE
250 BROADWAY, ROOM 1826
NEW YORK, NY 10007
TEL: (212) 788-7066
EMAIL: dromm@council.nyc.gov

THE COUNCIL OF
THE CITY OF NEW YORK

**DANIEL DROMM**

COUNCIL MEMBER, 25TH DISTRICT, QUEENS

CHAIRPERSON
EDUCATION

COMMITTEES
CIVIL RIGHTS
CIVIL SERVICE & LABOR
IMMIGRATION
OVERSIGHT & INVESTIGATIONS

SUB-COMMITTEE
NON-PUBLIC SCHOOLS

October 10, 2014

Michael A. Fedorko, Superintendent of Police/Director of Public Safety
Port Authority of New York & New Jersey
241 Erie Street, Room 302
Jersey City, NJ 07310

Dear Mr. Fedorko:

I am writing to express my deep concern over policing practices at the Port Authority Bus Terminal. A recent *New York Times* article has shed light on the pernicious pattern of Port Authority Police Department (PAPD) officers arresting certain men for lewdness. Despite the dearth of complaints, the PAPD seems to have stationed officers in the bathroom to arrest men for allegedly masturbating.

It appears from the article that gay men are being targeted. I am deeply disturbed by what looks like the anti-lesbian, gay, bisexual, and transgender profiling, which harkens back to a very dark time in this country when the members of the LGBT community were routinely harassed by law enforcement. I have painful memories of my own false arrest on a similar charge as a teenager, and many other gay men have similar stories.

Putting aside the LGBT dimension, I would like to say how utterly creepy and invasive such a violation of someone's personal space is. Why you would be putting any resources into patrolling bathrooms to monitor how people urinate is beyond comprehension.

These arrests and their prosecution are completely unacceptable. I expect such false and apparently discriminatory arrests to end immediately.

Thank you for your time and consideration. I look forward to your response.

Sincerely,

Daniel Dromm
New York City Council Member, 25th District

cc:    Hon. Cyrus R. Vance, Jr., New York County District Attorney