UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-10-19
```

CORNELL HOLDEN, MIGUEL MEJIA, MALCOM RUSSELL, and MARCOS POLONIA on behalf of themselves and all others similarly situated,

    Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY; THE PORT AUTHORITY POLICE DEPARTMENT; and MICHAEL OPROMALLA, SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO, MICHAEL DEMARTINO, RICHARD AYLMER, PAUL MILLER, JOHN FITZPATRICK, MARK MONTERO, VIJAY SEETARAM, MELVIN CRUZ, MARTIN JAYCARD, PAUL O'DELL and OFFICERS JOHN DOE 1-93, sued in their individual capacities and official capacities as officers of the Port Authority Police Department,

    Defendants.

1:17-CV-02192-JGK-RWL

## STIPULATION TO WITHDRAW PLAINTIFFS MARCOS POLONIA AND MALCOM RUSSELL

  Plaintiffs Cornell Holden, Miguel Mejia, Malcom Russell, and Marcos Polonia, on behalf of themselves and others similarly situated ("Plaintiffs"), by and through their attorneys, Winston & Strawn LLP and the Legal Aid Society and Defendants Port Authority of New York and New Jersey, the Port Authority Police Department, Michael Opromalla, Shaun Kehoe, John Tone, Jordan Esposito, Michael Demartino, Richard Aylmer, Paul Miller, John Fitzpatrick, Mark Montero, Vijay Seetaram, Melvin Cruz, Martin Jaycard, Paul O'Dell, and Officers John Doe 1-93 ("Defendants"), hereby stipulate and agree as follows with respect to Case No. 1:17-CV-02192:

1) Marcos Polonia hereby withdraws from this matter as a named plaintiff.

2) Malcom Russell hereby withdraws from this matter as a named plaintiff.

3) Nothing in this stipulation addresses either Mr. Polonia's or Mr. Russell's ability to participate in this matter as a class member upon class certification.

4) Mark Montero is hereby dismissed as a named defendant without prejudice.

5) Vijay Seetaram is hereby dismissed as a named defendant without prejudice.

6) Martin Jaycard is hereby dismissed as a named defendant without prejudice.

7) Melvin Cruz is hereby dismissed as a named defendant without prejudice.

8) Nothing in this stipulation addresses whether Mr. Montero, Mr. Seetaram, Mr. Jaycard, or Mr. Cruz may be added as a named defendant upon class certification.

New York, NY
Dated: April 10, 2019

Respectfully submitted,

By: /s/ Thomas Patrick Lane
Thomas Patrick Lane, TL8983
Winston & Strawn LLP
Michael S. Elkin, ME2300
Seth E. Spitzer, SS6387
Ross M. Kramer, RK3463
200 Park Avenue
New York, NY 10166
(212) 294-6700

Daniel R. McNeely (*pro hac vice*)
35 W. Wacker Dr.
Chicago, IL 60601
312-558-5600

The Legal Aid Society
William Gibney, WG1635
Cynthia Conti-Cook CC0778
199 Water Street
New York, NY 10038
(212) 577-3300

*Counsel for Plaintiffs*

Respectfully submitted,

By: /s/ Kathleen Gill Miller
Kathleen Gill Miller, Esq.
The Port Authority Law Department
Thomas R. Brophy, Esq.
4 World Trade Center/150 Greenwich St./24 FL
New York, NY 10007
(212) 435-3434/(212) 435-3492

*Counsel for Defendants*

SO ORDERED

4/10/19

_____
Honorable Robert W. Lehrburger, U.S.M.J.