UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| CORNELL HOLDEN and MIGUEL MEJIA, on behalf of themselves and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | 1:17-cv-02192-JGK-RWL |
| -against- | : : | PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF DEFENDANTS' PROPOSED EXPERT MICHAEL COAN |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY; THE PORT AUTHORITY POLICE DEPARTMENT; and MICHAEL OPROMALLA, SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO, MICHAEL DEMARTINO, RICHARD AYLMER, PAUL MILLER, JOHN FITZPATRICK, PAUL O'DELL and OFFICERS JOHN DOE 1-99, sued in their individual capacities and official capacities as officers of the Port Authority Police Department, | : : : : : : : : : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT**, upon this Notice of Motion, and the concurrently filed documents, including the Memorandum of Law, and the supporting declaration of Daniel R. McNeely and the exhibits attached thereto, and upon other records on file in this matter and all of the papers and proceedings heretofore had herein, and upon any further material and argument presented to the Court at the time of any hearing or oral argument, Plaintiffs Cornell Holden and Miguel Mejia, on behalf of themselves and the putative class, will move this Court, before the Hon. Robert W. Lehrburger, at the United States Courthouse, 500 Pearl St., New York, New York, for an Order excluding the Report and Testimony of Defendants' Proposed Expert Michael Coan, pursuant to Rule 702 of the Federal Rules of Evidence.

In accordance with Local Rule L.R. 6.1(b), Defendants' response must be filed within fourteen days after service of the moving papers, and Plaintiffs' reply must be served within seven days after service of the answering papers.

Plaintiffs respectfully request that oral argument on this Motion be set for a date and time by the Court.

| | |
|---|---|
| August 12, 2019 | **WINSTON & STRAWN LLP**<br><br>By: */s/ Thomas Patrick Lane*<br>Michael S. Elkin<br>Thomas Patrick Lane<br>Seth E. Spitzer<br>Ross M. Kramer<br>Matthew A. Stark<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700<br><br>Daniel R. McNeely (*pro hac vice*)<br>35 W. Wacker Dr.<br>Chicago, IL 60601<br>312-558-5600<br><br>**THE LEGAL AID SOCIETY**<br><br>By: */s/ Cynthia Conti-Cook*<br>Cynthia Conti-Cook<br>199 Water Street<br>New York, NY 10038<br>(212) 577-3265<br><br>*Attorneys for Plaintiffs* |