**THE PORT AUTHORITY** OF NY & NJ

**Law Department**

4 World Trade Center
150 Greenwich Street
New York, NY 10007

February 11, 2020

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-13-20

Re: Holden, et al. v. The Port Authority of New York and New Jersey, et al.
1:17 Civ 02192 (JGK)(RWL)

Dear Judge Koeltl:

Thomas Brophy and I are the two attorneys in the Port Authority Law Department, attorneys for defendants herein, who have been handling this case since its inception. We worked together to prepare the opposition to plaintiffs' motion for class certification and the opposition to plaintiffs' motion to preclude some or all of our expert, Michael Coan's testimony.

I will be on vacation from February 14 – 24, and am therefore respectfully requesting that oral argument now scheduled for February 24, be adjourned to a date after February 25, 2020, so that I will have an opportunity to prepare and participate in the oral argument on these motions.

Respectfully submitted,

*Adjourned to 2/26/20 at 10:00 AM. So ordered.*

*[signature] John G. Koeltl U.S.D.J. 2/12/20*

Kathleen Gill Miller
The Port Authority Law Department
Attorneys For Defendants
212-435-3434

KGM:kc

**THE PORT AUTHORITY** OF NY & NJ

cc:
Winston & Strawn
Daniel R. McNeely, Esq.
Attorney for the Plaintiffs
35 W. Wacker Drive
Chicago, IL 60601-9703
Via ECF

Cynthia Helen Conti-Cook, Esq.
Legal Aid Society
Attorney for Plaintiffs
199 Water Street, 6th Fl.
New York, NY 10030
Via ECF

2