UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNELL HOLDEN AND MIGUEL MEJIA, on behalf of themselves and all others similarly situated,

        Plaintiffs,

- against -

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ET AL.,

        Defendants.

---

17-cv-2192 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated at the conference held on **February 26, 2020**, the plaintiffs' motion for class certification is **denied** and motion in limine to exclude portions of the defendant's expert report is **denied without prejudice to renewal**. The Clerk is directed to close **Docket Nos. 165 and 176**.

The plaintiffs and defendants may file motions in limine by **March 11, 2020**. Responses to the motions are due by **March 25, 2020** and replies are due by **April 3, 2020**.

Pre-motion letters for any dispositive motions are due **March 11, 2020** and responses are due **March 25, 2020**. The deadline to file any dispositive motions is **April 17, 2020**. Responses to dispositive motions are due **May 15, 2020** and replies are due **June 5, 2020**.

A joint pretrial order, requests to charge, and voir dire requests are due **21 days** after the decision of any dispositive motion and responses and objections are due **7 days** thereafter. The parties should be ready for trial, on 48 hours' notice, **21 days** after the submission of the joint pretrial order.

This matter is referred to the Magistrate Judge Lehrburger for purposes of settlement.

**SO ORDERED.**

Dated:  New York, New York
        February 26, 2020

                                          _____
                                                 John G. Koeltl
                                          **United States District Judge**