UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| CORNELL HOLDEN and MIGUEL MEJIA, : <br> : <br> Plaintiffs, : <br> : <br> -against- : <br> : <br> THE PORT AUTHORITY OF NEW YORK AND : <br> NEW JERSEY; THE PORT AUTHORITY : <br> POLICE DEPARTMENT; and MICHAEL : <br> OPROMALLA, SHAUN KEHOE, JOHN TONE, : <br> JORDAN ESPOSITO, MICHAEL DEMARTINO, : <br> RICHARD AYLMER, PAUL MILLER, JOHN : <br> FITZPATRICK, PAUL O'DELL and OFFICERS : <br> JOHN DOE 1-99, sued in their individual capacities : <br> and official capacities as officers of the Port : <br> Authority Police Department, : <br> : <br> Defendants. : | 1:17-cv-02192-JGK-RWL <br><br> **PLAINTIFFS' NOTICE OF MOTION *IN LIMINE* TO EXCLUDE PORTIONS OF THE REPORT AND TESTIMONY OF PROPOSED EXPERT MICHAEL COAN** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT**, upon this Notice of Motion, and the concurrently filed documents, including the Memorandum of Law, and the supporting declaration of Cesie C. Alvarez and the exhibits attached thereto, and upon other records on file in this matter and all of the papers and proceedings heretofore had herein, and upon any further material and argument presented to the Court at the time of any hearing or oral argument, Plaintiffs Cornell Holden and Miguel Mejia will move this Court, before the Hon. John G. Koeltl, at the United States Courthouse, 500 Pearl St., New York, New York, for an Order grant Plaintiffs' Motion *in Limine* to exclude portions of the report and testimony of proposed expert Michael Coan, pursuant to Rule 702 of the Federal Rules of Evidence.

In accordance with the Court's Order (ECF No. 198) in this case, Defendants' response must be filed by March 25, 2020, and Plaintiffs' reply must be filed by April 3, 2020.

Plaintiffs respectfully request that oral argument on this Motion be set for a date and time by the Court.

Dated: March 11, 2020

        Respectfully submitted,

By: /s/ *Thomas Patrick Lane*
   Thomas Patrick Lane
   Michael S. Elkin
   Seth E. Spitzer
   Cesie C. Alvarez
   WINSTON & STRAWN LLP
   200 Park Avenue
   New York, NY 10166
   (212) 294-6700

   Daniel R. McNeely (*pro hac vice*)
   WINSTON & STRAWN LLP
   35 W. Wacker Dr.
   Chicago, IL 60601
   (312) 558-5600

   Marlen S. Bodden
   The Legal Aid Society
   199 Water Street
   New York, NY 10038
   (212) 577-3287

   *Counsel for Plaintiffs*