**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CORNELL HOLDEN and MIGUEL MEJIA, on behalf of themselves and all others similarly situated,

                  Plaintiffs,

   -against-

                  **1:17-cv-02192-JGK-RWL**

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY; THE PORT AUTHORITY POLICE DEPARTMENT; and MICHAEL OPROMALLA, SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO, MICHAEL DEMARTINO, RICHARD AYLMER, PAUL MILLER, JOHN FITZPATRICK, PAUL O'DELL and OFFICERS JOHN DOE 1-99, sued in their individual capacities and official capacities as officers of the Port Authority Police Department,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION FOR PARTIAL RECONSIDERATION

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Reconsideration, Plaintiffs will move this Court pursuant to Local Rule 6.3 of the Southern and Eastern Districts of New York. Plaintiffs respectfully request that the Court enter an Order withdrawing the portion of the February 26, 2020 Order concerning Plaintiffs' standing for injunctive relief. ECF No. 198 ("February 26 Order").

March 11, 2020

Respectfully Submitted,

**WINSTON & STRAWN LLP**

By: */s/ Thomas Patrick Lane*
Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Matthew A. Stark
200 Park Avenue
New York, NY 10166
(212) 294-6700
tlane@winston.com

Daniel R. McNeely (*pro hac vice*)
35 W. Wacker Dr.
Chicago, IL 60601
312-558-5600

**THE LEGAL AID SOCIETY**

By: */s/ Marlen Bodden*
Marlen Bodden
199 Water Street, 6th Floor
New York, NY 10038
(212) 577-3265
mbodden@legal-aid.org

*Attorneys for Plaintiffs*