```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CORNELL HOLDEN AND MIGUEL MEJIA,

               Plaintiffs,        17-cv-2192 (JGK)

      - against -               ORDER

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, ET AL.,

               Defendants.

**JOHN G. KOELTL, District Judge:**

The defendants may make a motion for summary judgment. The plaintiffs may make a motion for reconsideration with respect to the availability of injunctive relief for the individual plaintiffs. No pre-motion conferences are necessary.

The parties should submit a proposed schedule to the Court by **March 23, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 16, 2020**

                                       /s/ John G. Koeltl
                                      **John G. Koeltl**
                         **United States District Judge**