USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CORNELL HOLDEN and MIGUEL MEJIA, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

            - against -

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, THE PORT AUTHORITY POLICE DEPARTMENT, MICHAEL OPROMALLA, SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO, MICHAEL DEMARTINO, RICHARD ALYMER, and OFFICERS JOHN DOE 1-100, sued in their individual capacities and official capacities as officers of the Port Authority Police Department,

                    Defendants.
-------------------------------------------------------------X

17 Civ. 2192 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the April 9, 2020 pre-settlement conference call, the current settlement conference date is adjourned to a time after the Court resolves the motion for reconsideration concerning individual injunctive relief, which is set to be fully briefed by May 1, 2020. Within seven days of entry of the decision on that motion, the parties shall contact the chambers of the undersigned to schedule a settlement conference if the Court has not already reached out to do so.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated:     April 9, 2020
             New York, New York