UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELL HOLDEN and MIGUEL MEJIA, on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br><br>                      -against-<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY; THE PORT AUTHORITY POLICE DEPARTMENT; and MICHAEL OPROMALLA, SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO, MICHAEL DEMARTINO, RICHARD AYLMER, PAUL MILLER, JOHN FITZPATRICK, PAUL O'DELL and OFFICERS JOHN DOE 1-97, sued in their individual capacities and official capacities as officers of the Port Authority Police Department.<br><br>                            Defendants. | No. 1:17-CV-02192-JGK-RWL<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that defendants, The Port Authority of New York and New Jersey (the Port Authority), The Port Authority Police Department (PAPD), Michael Opromalla, Shaun Kehoe, John Tone, Jordan Esposito, Michael DeMartino, Richard Aylmer, Paul Miller, John Fitzpatrick and Paul O'Dell, will move this Court pursuant to Fed. R. Civ. P. 56 upon the accompanying Rule 56.1 Statement, the Declaration of Thomas R. Brophy Esq. dated May 29, 2020, and exhibits thereto together with the Memorandum of Law and upon all pleadings and proceedings had heretofore herein, before the Hon. John G. Koeltl, at the courthouse at 500 Pearl Street, New York, N.Y. at such date and time as determined by the Court, for an order granting partial summary judgment dismissing all claims against the Port Authority and PAPD as stated in the Third and Fourth Causes of Action in the Second Amended Complaint, and all claims against all of the individual defendants based on the alleged denial of equal protection as stated in the

First and Second Causes of Action, and all claims for false arrest against the individual defendants Shaun Kehoe, Jordan Esposito, Michael DeMartino, Richard Aylmer, Paul Miller, John Fitzpatrick and Paul O'Dell as stated in the First and Second Causes of Action.

    Answering papers, if any, are to be served on June 30, 2020 as per the order of the Court.

    Reply Papers are to be served on July 17 as per the order of the Court.

    Defendants respectfully request oral argument.

Dated:  New York, NY
         May 29, 2020

                                The Port Authority Law Department
                                Attorney for Defendants,
                                The Port Authority of New York and New Jersey,
                                The Port Authority Police Department, Michael
                                Opromalla, Shaun Kehoe, John Tone, Jordan
                                Esposito, Michael DeMartino, Richard Aylmer,
                                Paul Miller, John Fitzpatrick, and Paul O'Dell

                                By:_/S/_____
                                Kathleen Gill Miller, Esq.
                                Thomas R. Brophy, Esq.
                                4 World Trade Center/150 Greenwich St./24 Fl.
                                New York, NY  10007
                                (212) 435-3492/(212) 435-3434

TO:    Winston & Strawn, LLP
        Attorneys for Plaintiffs Cornell Holden and Miguel Mejia
        35 W. Wacker Drive
        Chicago, Illinois  60601-9703
        Attn:  Daniel R. McNeely, Esq.
        Via ECF

cc:    The Legal Aid Society
        Co-counsel for Plaintiffs Cornell Holden and Miguel Mejia
        199 Water Street
        New York, NY  10038
        Attn:  Cynthia Conti-Cook, Esq.
        Via ECF