# EXHIBIT 1

THE PORT AUTHORITY

# MEMORANDUM
Public Safety Department



| | |
|---|---|
| To: | **Pat Foye, Executive Director** |
| From: | Michael A. Fedorko |
| Date: | May 2, 2014 |
| Subject: | PUBLIC SAFETY DEPARTMENT WEEKLY REPORT FOR WEEK ENDING 5/2/14 |
| Copy To: | D. Gramiccioni, J. Ma, C. Dickey, J. Dunne, T. Belfiore, M. Fedorko, L. Koumoutsos, N. Crifo |

The following is a list of Command Conditions, Achievements and or Initiatives in place for the week stated above:

EASTERN ZONE

**LGA**

*Achievements/Initiatives:*

- LGA PAPD had seven (7) arrests for criminal possession of a weapon at the screening points, loitering to solicit, assault and criminal trespass.

- PAPD continues to work with Aviation with ARFF transition.

- NYC TLC is conducting enforcement at LaGuardia Airport.

*Conditions:*

- LGA PAPD are still having continued meetings and follow up requests with Aviation and the Project Management team to get additional space for the ARFF Cadre and Patrol Officers for locker rooms, reserve room, office space and storage room.

1



- Due to the LaGuardia Redevelopment Project, parking spaces in lot 4 have been reduced to half.

- No technology issues to report at this time.

LaGuardia Airport CTB Redevelopment Project
- There are construction projects scheduled to begin this year. The Construction Sergeant is attending meetings with the PM group getting updates on the progression of the phases for when the work to begin and what PAPD assistance will be needed.

- Construction in Parking lot 4 for the electrical substation and the east-parking garage continues. No lanes closures at this time.

- Abatement of hanger 2 started April 29, 2014.

- Paving of roadway in front of Hangers 2 and 4 is scheduled to begin May 5, 2014 during the overnight hours. PAPD will assist with lane closure.

**JFK**

***Conditions:***

- On April 24, 2014, at 1531 hours there was a report at building 75 of a propane gas leak. JFK units responded and initiated an evacuation. An Incident Command was set up and situation was corrected. There were reported injuries. Building 75 reopened at 1556 hours.

- On April 26, 2014, at 1050 hours - Terminal 5 departures door # 4, a 25 year-old male approached the TR 5 officer and stated that he was responsible for a double homicide that occurred in Puerto Rico three days in the past. The subject was transported to building 269 and interviewed by PAPD Detectives. Puerto Rico Police department was notified. The investigation proved that the information given by subject did not coincide with previous homicides. Upon completion of the investigation, the subject was transported by EMS to Jamaica Hospital for psychiatric evaluation.

- On April 27, 2014, at 1930 hours - Terminal 8 ramp side gate 6, TAM Airlines Airbus A330 flight # 8079 was preparing for departure when the plane rolled backward and struck the inside of the jet bridge causing damage to the plane door. There were no reported injuries. The aircraft was placed out of service and a Breach of Rules was issued to Triangle Maintenance.

- On April 28, 2014, at 1413 hours - Building 141, a truck driver was involved in a motor vehicle accident. The back of the truck hit a concrete barrier causing the barrier to fall

2

on a 47-year-old male. The male sustained internal bleeding and injuries to both legs. The aided was transported to Jamaica Hospital. An Accident Investigation was initiated and is ongoing.

- On April 24, 2014, at 0220 hours, PIDS cameras F1304, F1305, V1303 and V1305 were taken off line for two weeks due to construction.

- On April 24, 2014, at 1830 hours, JFK Computer Assisted Dispatch (CAD) system went O/O/S.

- On April 29, 2014, at 0930 hours, PIDS was down for maintenance.

- On April 29, 2014, at 1640 hours, fence sensor at the end of Runway 22R was O/O/S.

JFK Construction Projects:
- Terminal #3 demolition
- Taxi "J" bridge replacement
- Air-train Bridge Terminal 2/3 demolition


WESTERN ZONE

**PATH**

*Achievements/Initiatives:*

- Attended 6th Pct community board meeting Wed 4/30, the PATH command and 6th continue to maintain a healthy working relationship, no negative feedback regarding PAPD or NYPD

- Met with Hudson county Homeless Outreach services, PA Gov. Affairs Rep to formulate a plan for working relationship to further address the homeless condition at JSTC.

- Operation clean Sweep at PATH/JSTC designed to address quality of life issues at JSTC, CO issued, operation underway

- CPOP meetings set for May and July with PATH stakeholders, invites sent

- Planning for the WTC/PATH active shooter drill scheduled for Sat. May 3rd
- Pulaski skyway closure occurred Sat. 4/12 no effect on PATH week of 4/28

3

- Pulaski skyway closure a non issue during rush hours-PATH running 4 minute headways to assist with possible volume

- Hurricane planning for upcoming season began, assessing needs of the command, equipment and business continuity

- Grove on Grove (street festival) staring shortly, planning on going

- Newport 10k run planning ongoing, meeting attended –JCPD lead LEO

- Operation SAFE PATH ongoing

- Joint operations targeting quality of life issues and Bicycle thefts will begin shortly- PAPD/JCPD/NJTPD

- Terror trial command order instituted and continuing

- PATH ferry operation Police Command order plan complete service commenced without incident

- Anti terror fencing program, south street area moving forward

- Nolan cart purchase project approval letter complete, submitted to HQ, pending approval

- Officer open air track familiarization ready to start, pending approval

- Homeless outreach services extended at PATH

### Conditions:

- No technology or equipment issues at this time.

### WTC

### Achievements/Initiatives:

- The installation of a new temporary police command at the WTC is complete, except for the police desk area where communications equipment is being installed.   Phase One move is complete.  Barring the ongoing correction of items, the staff office has been moved into the new complex. Coordination is ongoing. The equipment for the move of the police desk is on order and is about 3 weeks out.

4

- On April 17th a Biowatch PSU at West St and Vesey St became operational, collecting samples for the Biowatch Program

- Tower 1 has increased the number of marketing events on the 63rd Floor with several groups per week taking tours of that floor.

- The WTC command is attending coordination meetings in preparation for the opening of the 9/11 memorial museum on May 15th. The opening will involve a visit by the President of the United States. The opening will start a 1-week period of 24hr a day operation for preview by first responders, survivors, recovery workers and residents of lower Manhattan. Coordination continues with the NYC mayor's office and 9/11 memorial staff.

- The WTC command has continued coordinated efforts with WTC construction and security to fortify the fence line and correct deficiencies. Patrol tactics have been modified to ensure frequent overlapping patrols of the Memorial, and the inner and outer perimeters to deter unlawful entry into the WTC.

- The WTC command is actively involved in the coordination of the opening of fencing around the national 9/11 memorial. Phase Two at the South side of the Memorial is complete with Phase 3 set to begin on April 28th. Weekly meetings are held with all stakeholders

- The WTC command is coordinating the preparation of an active shooter drill scheduled for May 3rd. A command order was distributed regarding the event.

- WTC police command continues to coordinate police coverage of the WTC site. Active discussions are ongoing as the site progresses in construction. There are daily conference calls between the Security Directors of site stakeholders and the PAPD.

## _Conditions_

- The WTC command needs to train more desk officers to cover deficiencies. The Desk officer detail is utilized to staff the SLCC and the Police Desk. The SLCC assumed operations 24hrs a day- 7 days a week. The desk detail was decreased as a result of promotions, long term Injuries, and maternity. By training more desk officers this overtime can be reduced. We are currently only covering the SLCC on a straight time only basis.

- The upcoming events surrounding the opening of the Museum will involve a great deal of coordination between stakeholders around and within the confines of the WTC Command. VIP visits and increased attendance surrounding these events will put a

5

strain on the resources of the WTC police command. Coordination of Departmental resources will be requested to address these needs.

- The permanent radio system was scheduled to go on line but has yet to be commissioned. Talks have been held with the Durst Organization to facilitate the commissioning of this system. Without this system there continues to be dead spots in the interior of the building. We await updates from Durst regarding this system.

Equipment issues:
- The radio shop and WTCC is actively trying to rectify existing radio communication problems within the WTC site and Building 7. All deficiencies are reported as they occur and the radio shop is notified of deficiencies. The command is in the process of swapping out any older radio batteries

- Some newly graduated officers equipment is on backorder through the equipment section.

- A request was made of WTC security to have adequate crowd control barricades on hand should crowd control issues arise.

Vehicle Issues:
- The WTC has no vehicle issues


**HQ- Planning & Research Unit and OEM Liaison**

*Achievements/Initiatives:*

- Facilitated the update of PA Form 3974 for Radiological Material Identification Tracking and Notification

- Coordinated the implementation of the Secure the Cities Radiological Detection Kit

- Acted as PAPD Liaison within the Emergency Operations Center activation, in support of the Pulaski Skyway Construction Project

- Generated the Power Point and presentation for the JFK Airport Communication Meeting in support of the Full Scale Exercise
- Coordinated the equipment and assets needed for attendance at the annual Inter-Operability Communication Committee meeting
- Facilitated the generation of the ICC paperwork for the Lincoln Tunnel 5K Charity Run

6

- Began the process of facilitating Radiological Pack Eye Training for members of the PATH and WTC Commands

- Continued efforts to coordinate the training, calibration, and maintenance of the PAPD Personal Radiation Detection Pager program

- Coordinated the application process for the PAPD TEEX training scheduled for June 2014

- Performed applicable field testing, and generated the ICS 205 in support of the WTC Active Shooter exercise

- Updated the PAPD master radiation alarm database and facilitated the delivery of report documentation to the STC Principal partner information repositories

- Continued the Coordination for the generation of the response procedures and definitions for Inter-agency response in the event of a national advanced prophylaxis stock-pile request for the support of the New York City Point of Distribution Plan

- Continued efforts within the Radiological Emergency Monitoring System creation program for the tracking and monitoring of materials in the event of a release in the region impacting Port Authority facilities

- Continued to co-chair the Port Authority working group for the generation of the Agency Communication project

**HT/NYMT**

***Conditions:***

- The Toll Plaza pavement re-construction project is underway.

- The Pulaski Skyway construction project is underway.

Equipment/Technology Issues:
- Police Vehicle 52157  Out of service  Overheating / no AC

***Achievements/Initiatives:***

- Personnel effected seven (10) arrests for the following offenses: (5) arrested for Bail Jumping, (1) NY VTL511, (2) Poss of Marijuana, (2) Active Warrant

7

- (212) summonses Issued in New Jersey, and (13) summonses in New York
- Investigated (15) motor vehicle accidents
- Impounded (11) vehicles
- Conducted (778) vehicle checks
- Prepared (9) Criminal Complaint Reports

**SOD**

*Achievements/Initiatives:*

- April 2014-SOD conducted Operation Eagles at the following locations and dates. April 24th tour 2 LT and April 30th tour 2 WTC. CVI conducted covert radiological detection throughout TB&T facilities. K9 teams were assigned to Explosive Detection. ESU was assigned to Heavy weapons patrol.

- April 23rd, CVI participated in multi agency enforcement "Operation Coverall "at the NJMT. CVI conducted vehicle inspections, Cargo inspections, Hazmat inspection and RAD Ops.

- April 25th @ 0400 hours, ESU responded to the PATH Grove street station at the request of the Command to conduct a search of a suspect in an alleged shooting in Jersey City. ESU checked the platforms and trains with negative results.

- April 27th, tour 2, SOD provided technical support to the Lincoln Tunnel Command for the annual Lincoln Tunnel fun run without incident. CVI conducted covert radiological detection throughout TB&T facilities. K9 teams were assigned to Explosive Detection. ESU was assigned to Heavy weapons patrol.

- April 27th tour 2, SOD provided technical support to the WTC Command for the WTC family day event without incident. CVI conducted covert radiological detection throughout TB&T facilities. K9 teams were assigned to Explosive Detection. ESU was assigned to Heavy weapons patrol.

- April 28th – 29th, Tour 2. ESU participated in the Urban Search and Rescue Drill located at 191 Orange Street Newark, NJ. NFD fire operations center. This is an annual drill. The drill response is to test the capabilities of a multi agency metro response task force to an incident in which encompasses trench rescue, confined space and rendering aid to victims that are trapped in a simulated event.

8

- April 29th @ 1424 hours. At the request of the DEA, Canine Narcotic team responded to DEA vehicle impound lot in NY, NY to screen a motor vehicle. Canine gave positive indication of alleged narcotics in hidden compartments of said vehicle. Investigation on going.

- April 29th @ 1105 hours. At the request of the USPS, Canine Narcotic team responded to 9th Avenue NY, NY to screen parcels containing possible alleged narcotics. Canine gave positive indication on multiple parcels containing approximately 40 pounds of alleged marijuana. Investigation on going.

**Conditions:**

- No equipment or technology issues

**GWB**

**Conditions:**

- On 4/29/14, tour 2, one male and one female jumped from the George Washington Bridge. Both bodies were retrieved from the water, removed to St Luke's Hospital, and subsequently pronounced dead. A civilian witness performing construction work on the bridge did see these individuals jump from the bridge. At the time of this report, neither subject had been positively identified. It remains possible that the two decedents are the subject of a criminal investigation involving the theft of an AR-15, USC and a Chevy that was taken. PAPD CIB is following up on this matter. Details contained in NCIR 14G199 and 14G200.

- No technological or equipment issues to report at this time.

**PABT**

**Achievements/Initiatives:**

- During this E.D. period, the Bus Terminal command continues turning out TPU, (Tactical Patrol Unit/plain-clothes).

- 4/24/24 at 1725 hours, inside the main concourse of the north wing, P.O. Griffith arrested a male, 36 year old for patronizing a prostitute.

9

- On 4/25/14 at 1720 hours, inside the south wing, main concourse, in the main tickets area, P.O. Griffith arrests a male 59 year old for Criminal Possession of a controlled substance 7th degree and Unlawful Possession of Marijuana.

- Day tour team utilized P.O. Opromalla on 4/28/14 and 4/29/14 to apprehend four (4) different male subjects from the men's room on the Suburban Concourse. These subjects were observed performing a lewd act in a public place. Subjects subsequently charged with Public Lewdness.

- On 4/29/13 at 1735 hours, Sgt. Finnie and P.O. Howe observed one male Hispanic, 42 year old "flash"/ expose himself quickly to the two in plain-clothes in an attempt to "lure" them over. Subject returned and received a summons for Exposure of a person.

- On 4/25/14 unit concentrated on bag hustlers and areas of reported bag thefts. TPU arrested one male for Loitering to solicit and CPCS 7. Also returning another male for a summons for the same offense.

- Uniform patrols have collaborated with the NYPD during Quality of Life sweep. During this E.D. period, there have been two 24 hour sweeps concerning in and around the B.T. (B.T. numbers are compiled with Transit Bureau 1 and 2 and Mid-Town South). The BT had the following: 6 summonses during the sweeps, 4 arrests; Return on Warrants/ Trespass/ Loitering to solicit and Patronizing a Prostitute.

- On Sunday 4/27/2014, P.O. Fuda arrested a male 62 year old for Assault 3. Subject while engaged in another fight turned on the complainant; who was breaking up the original fight. Repeatedly punching the complainant in the face. After leaving the area, the subject followed the complainant to the 8th avenue lobby and pushed him down the stairs causing serious injury. Victim transported to hospital. The subject successfully arrested.

- On Sunday 4/27/2014, P.O. Tysowski arrested a male 21 year old for Driving while Intoxicated. Subject sped by the security check post 58 on the Bus Ramps. Subject entered the ramp area leading to the gates and attempted to u-turn in a limited space. P.O. Tysowski responded to the subject vehicle and observed the subject driver to be intoxicated. Subject arrested and then taken to the NYPD 7th precinct, where he "blew" a .177 on an Intoxilyzer machine. Subject successfully charged and the vehicle impounded.

- Bus Terminal Command continues to monitor N.J. Transit and performs daily bus checks. To date 1,818 bus inspections completed.

- The command has continued the Daily Bag checks, to date 1,428 bag inspections completed.

- Uniform patrol units continue to make commuters aware of their belongings and the decrease in lost property is reflected. No Lost property reports this period. 9 unattended baggage reports cleared by K-9 units.

**Conditions:**

- No technology or equipment issues to report

**LT**

**Achievements/Initiatives:**

- Attended TB&T Commanding Officers Meeting
- Lincoln Tunnel Challenge Meeting
- Lincoln Tunnel 5k Law Enforcement Meeting
- Conferred with Lincoln Tunnel Tour Commanders regarding Helix Closure
- Lincoln Tunnel 5k Run Operational Plan Implemented
- 135) summonses issued in New Jersey and 5 summonses in NY
- Investigated thirty-five (35) motor vehicle accidents
- Personnel affected six (6) arrests for bail jumping, one (1) DWI, one (1) Return on warrant, one (1) Poss. Of Controlled Substance and one (1) Poss. Of Forged Gov. Document
- Conducted six (6) vehicle impounds

**Conditions:**

- No technology or equipment issues to report

**SOUTHERN ZONE**

**NLIA**

**Achievements/Initiatives:**

11

they found a semi conscious male who stated he was driving in the Time Square area and was abducted by 3 male blacks beaten and stabbed in his vehicle and left at JFK Long Term Lot. Detectives responded to the lot, the subject was already removed by NYC EMS and taken to Jamaica Hospital. Detectives notified Midtown South who dispatched two of their Detectives. The subject was questioned at Jamaica Hospital and gave three different stories before finally admitting he had inflicted the wounds himself in an attempt to commit suicide. Detectives notified his attending ER Doctor, who stated he would be admitted to Jamaica Psych for evaluation. Detectives notified the subject's immediate family who stated they were coming in from Illinois to be with the subject. The family was also notified that his vehicle would be impounded at building 269 for safekeeping.

- On 4/26/14 at approximately 1050 hours subject Martinez walked up to P.O. J. Piedra at Jet Blue Terminal and asked to speak with him. Martinez stated to P.O. Piedra that he wanted to confess to a double homicide that he committed in Puerto Rico. Martinez was subsequently returned to the PAPD detective Squad room to be interviewed. In sum and substance, Martinez stated he used an AR-15 to kill two subjects in a drive-by shooting. Martinez stated he is a drug dealer, dealing in crack and marihuana and that the first subject interfered with his drug territory and therefore he killed him. Martinez stated subject # 2 owed him money & drugs therefore he killed him. P.O. Piedra and Det. Tarpey contacted Carolina PD in Puerto Rico and were referred to Homicide Det. Miguel Torres Orroyo for the Fajardo Jurisdiction P.R. reference a shooting that recently occurred there. Det. Orroyo spoke to Martinez and he stated Martinez's story was inconsistent with the particulars of the shooting the previous day in his jurisdiction. Det. Orroyo declined to issue a warrant for Martinez's arrest. Subject Martinez was entered into multiple databases including FBI-Puerto Rico, NCIC, Miami Dade, Fort Lauderdale, HIDTA, CLEAR. Queens ADA Cathy Kane notified. Queens Homicide ADA Crystal Inieri contacted. Subject Martinez was evaluated by EMS and transported to Jamaica Hospital.

_____

Michael A. Fedorko
Superintendent of Police/
Director, Public Safety Department

Port Authority Police
Pride    Service    Distinction

15