# EXHIBIT 7



# BUCKSLIP
## PORT AUTHORITY POLICE
## PABT COMMAND

To: PABT Command
From: Lt. Bailey
Date: June 22, 2015
Subject: Quality of Life Initiative
Copy to: File

Beginning Tour 1 on Wednesday June 24th, 2015, a twenty-four hour, **Quality of Life** Joint Operation with the NYPD will begin. PAPD will conduct zero tolerance sweeps inside and around the immediate exterior of the building targeting **Quality of Life** issues. NYPD will focus on the area surrounding the Bus Terminal. The Patrol Sergeant will oversee and record the sweep activity for his/her tour. Sergeants will then submit a copy of the activity to the Staff Lieutenant and the Patrol Sergeant for the next tour. The Patrol Sergeant on tour 3 will submit a final draft with the daily totals. Thanks for everyone's cooperation.

Lt. Bailey #134



Tone
EXHIBIT NO. 1
DATE: 10/5/18
Reporter - Laurie A. Collins