# EXHIBIT 8

# Port Authority Bus Terminal

## Statistical Report

DEFENDANT'S EXHIBIT



## Staffing

| Year | Authorized | Actual |
|---|---|---|
| 2009 | 96 | 107 |
| 2010 | 96 | 99 |
| 2011 | 96 | 85 |
| 2012 | 96 | 80 |
| 2013 | 96 | 76 |
| 2014 | 96 | 79 |

PA003961

# PABT Patrol

- The PABT puts out various patrols for the three (3) Platoons with the following staffing levels inclusive of Security Posts.



**Staffing**

| Platoon 1 | Platoon 2 | Platoon 3 |
| --- | --- | --- |
| 15 | 20 | 20 |

# Post Coverage

- *Platoon 1- 2300 x 0700-* 15 officers (posts), Tour Commander/Desk Officer/Patrol and Alpha Sgt.'s. Officers responsible for patrolling the BT interior and exterior. They assist in monitoring the only access to the terminal after South Wing is shut down at 0100.

- *Platoon 2- 0700 x 1500-* 20 officers/Executive Lt./Staff Sgt./YSU Sgt./Tour Commander/Desk Officer/Patrol and Alpha Sgt.'s. The administrative personnel are present for this tour along with the C.O.

- *Platoon 3- 1500 x 2300-* 20 officers/Tour Commander/Desk Officer/Patrol and Alpha Sgt.'s.

PA003961

# Security Initiatives

Security Posts: 5 fixed posts designed to protect the infrastructure of the BT. These positions were authorized shortly before the 4/11/11 PA Board Meeting.

- **Post 58** - Fixed RMP at the top of the ramp entering the BT. Prevents unauthorized vehicles from accessing the terminal.
- **41st and Dyer** - Fixed Post restricting access to the bus lanes in and out of the terminal street side.
- **40 & 9th** - Prevents unauthorized vehicle from entering taxi roadway from 40th street.
- **41 & 9th** - Prevents unauthorized vehicle from entering taxi roadway from 41st street.
- **Relief C** - Provides meal and personal relief for above.

PA003961

# Security Initiatives Continued

- *Police Counter-Terrorism Initiative Reports (PCIR)-* Assessments of the BT's critical and possibly vulnerable areas. Performed at least once per tour and documented.

- *Bag Screening Details-* Performed on Platoons 1 and 2 at random locations within the Terminal. As of 5/31/14 2,309 bags screened.

- *Bus Check Details-* Details where buses are boarded, visually inspected and operator is engaged in conversation to ensure a safe environment exists. As of 5/31/14 1,721 buses inspected.

- *MP-5 Patrols-* Officers who are trained in the MP-5 sub machine gun are deployed randomly. They are tasked with responding to an active shooter scenario within the BT.

PA003961

## Tactical Unit (TPU)

TPU initiated in March of 2014 to address conditions where uniform patrols proved less effective. Conditions include:

- Narcotics (14 arrests)
- Prostitution (10 arrests)
- Public Lewdness condition in restrooms (16 arrests)

To date the unit has effected over 60 arrests for the above and other offenses. Officers assigned are informed at turnout of current complaints and conditions and are tasked with addressing such.

PA003961

## Narcotics Arrests

Many of the arrests for quality of life offenses have resulted in the recovery of drugs and or paraphernalia. Intel from the post officers reveals narcotics activity within the PABT as well as the areas surrounding it. One of the goals of TPU was to identify, document and ultimately address this issue.

Plainclothes teams spent weeks surveilling areas identified. Such surveillance has led to the several arrests including:

- Subject observed going from area to area in the BT including gates. Stopped for trespass, 1 ½ oz. of crack cocaine recovered.

PA003961

# Narcotics continued

- On 5/1/14 Subject brought in on youth stop. Upon entering YSU he attempted to flee. **444 decks of heroin and 9 grams of cocaine recovered.**

- 5/8/14 Subject observed acting suspiciously in the BT. Did walk away from shoulder bag when approached by plain clothes officers. **In excess of 2,000 decks of heroin recovered.**

- 6/10/2014 Subject brought in on youth stop. **730 decks of heroin recovered in backpack.**

# Crime Statistics

Year to date crime at the PABT is down across the board.

- Major Index Crimes down 42.86% (36 from 63)
- Misdemeanor assaults and petit larceny down 26% (74 from 100)
- Grand Larceny down 50% (14 from 28)
- Burglaries down 77.8% (4 from 18)

PA003961



# Homeless Steering Committee

The PAPD has instituted the PABT Homeless Steering Committee in order to address the homeless population at the Bus Terminal.

- Persons with a vested interest in the BT are identified and placed onto the committee.
- Monthly meetings are held where current issues regarding the homeless are discussed and feasible solutions tabled.
- Tasks and assignments are given for follow up at future meetings.

PA003961