# EXHIBIT 16

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x


CORNELL HOLDEN, MIGUEL MEJIA, and JEFFREY K.
REED, on behalf of themselves and others
similarly situated,

                     Plaintiffs,

     -against-

                     1:17-cv-02192-jgk-rl

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY;
THE PORT AUTHORITY POLICE DEPARTMENT; and
MICHAEL OPROMALLA, SHAUN KEHOE, JOHN TONE,
JORDAN ESPOSITO, MICHAEL DEMARTINO, RICHARD
AYLMER, and OFFICERS JOHN DOE 1-100, sued
in their individual capacities and official
capacities as officers of the Port Authority
Police Department,

                     Defendants.

-----------------------------------------------x


        VIDEOTAPED DEPOSITION OF MIGUEL MEJIA

          Wednesday,  August 21, 2018

            New York, New York




REPORTED BY:

Holly L. Hough

Job # 243266

Page 2

```
 1
 2
 3
 4
 5                    August 21, 2018
                      10:16 a.m.
 6
 7
 8
 9        Videotaped Deposition of MIGUEL MEJIA,
10   taken by Defendants, pursuant to Notice, at the
11   offices of The Port Authority of New York and New
12   Jersey, Law Department, 4 World Trade Center, 24th
13   Floor, New York, New York 10006, before Holly L.
14   Hough, a Shorthand Reporter and Notary Public within
15   and for the State of New York.
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2                  A P P E A R A N C E S
 3
 4   WINSTON & STRAWN, LLP
 5   Attorneys for Plaintiffs
 6                 1700 K Street, NW
 7                 Washington, DC 20006
 8
     BY:     DANIEL R. McNEELY, ESQ.
 9
     PHONE:  +1 202.282.5501
10
     EMAIL:  dmcneely@winston.com
11
                  -and-
12
     BY:     ARIANE S. MOSS, ESQ.
13
     EMAIL:  amoss@winston.com
14
15
16
     THE LEGAL AID SOCIETY
17
     Attorneys for Plaintiffs
18
                 199 Water Street
19
                 New York, New York 10038
20
21   BY:     CYNTHIA CONTI-COOK, ESQ.
22   PHONE:  212.577.3265
23   EMAIL:  cconti-cook@legal-aid.org
24
25
```

Page 4

```
 1
 2          A P P E A R A N C E S (continued)
 3
 4   THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY
 5   Attorneys for Defendants
 6          Law Department
 7          4 World Trade Center, 24th Floor
 8          New York, New York 10006
 9
     BY:     KATHLEEN GILL MILLER, ESQ.
10
     PHONE:  212.435.3492
11
     EMAIL:  kmiller@panynj.gov
12
                  -and-
13
     BY:     THOMAS R. BROPHY, ESQ.
14
     EMAIL:  tbrophy@panynj.gov
15
16
17   ALSO PRESENT:
18   ------------
19     DARRAK LIGHTY, Legal Video Specialist
20     JASMINA S. CHUCK, Paralegal II, Legal Aid Society
21
22
23
24
25
```

Page 5

```
 1
 2                   STIPULATIONS
 3
 4        IT IS HEREBY STIPULATED AND AGREED by and
 5   between counsel for the respective parties hereto,
 6   that the filing, sealing and certification of the
 7   within deposition shall be and the same are hereby
 8   waived;
 9
10        IT IS FURTHER STIPULATED AND AGREED that
11   all objections, except as to the form of the
12   question, shall be reserved to the times of the
13   trial;
14
15        IT IS FURTHER STIPULATED AND AGREED that
16   the within deposition may be signed before any
17   Notary Public with the same force and effect as if
18   signed and sworn to before this court.
19
20
21
22
23
24
25
```

| Page 26 | Page 28 |
|---|---|

**Page 26**

Mejia

1  gym, did you change your clothes?

2  A.  I did not.

3  Q.  When you arrived at the gym, did you have to

4  change your clothes?

5  A.  I did.

6  Q.  I'm sorry?

7  A.  I did.

8  Q.  How did you get to the gym; did you walk

9  there?

10  A.  I did.

11  Q.  You walked to 32nd Street in Manhattan from

12  your apartment, correct?

13  A.  That is correct.

14  Q.  How far is that walk?

15  A.  Two miles.

16  Q.  What were you wearing when you made that

17  two-mile walk?

18  A.  In relation to?

19  Q.  What kind of shirt did you have on?

20  A.  I had on a jersey.

21  Q.  What color was it?

22  A.  Orange.

23  Q.  Did it have an insignia on it?

24  A.  It did.

**Page 27**

Mejia

1  Q.  What did it have?

2  A.  I don't remember.  It's a basketball team.

3  Q.  You don't remember the team?

4  A.  I do not.

5  Q.  Professional team or college team?

6  MS. CONTI-COOK:  Objection.

7  A.  I don't remember.

8  Q.  What about were you wearing pants?

9  A.  Yes.

10  Q.  Shorts or pants?

11  A.  Shorts.

12  Q.  What kind of shorts?

13  A.  Cargo.

14  Q.  What were they made out of?

15  MS. CONTI-COOK:  Objection.

16  A.  I don't know.

17  Q.  Were they mesh shorts?

18  A.  They were not.

19  Q.  Cotton?

20  MS. CONTI-COOK:  Objection.

21  A.  They were like khaki material.

22  Q.  Did you have a belt on?

23  A.  Probably, yes.

24  Q.  Did you have any headgear on, any hat?

**Page 28**

Mejia

1  A.  No.

2  Q.  Headband, anything like that?

3  A.  No.

4  Q.  What kind of shoes did you have on?

5  A.  Sneakers.

6  Q.  What color were they?

7  A.  Black and gray.

8  Q.  What kind of sneakers?

9  A.  New Balance.

10  Q.  Were these low-top New Balance?

11  A.  Regular sneakers.

12  Q.  High-tops?

13  A.  Regular sneakers.

14  Q.  So low-tops; is that what you mean by

15  "regular"?

16  A.  Well, regular sneakers would be low-tops, I

17  would say, because high-top makes them different.

18  Q.  Were you wearing socks?

19  A.  Yes.

20  Q.  Were they ankle socks?

21  A.  Yes.

22  Q.  What color were they?

23  A.  White.

24  Q.  The basketball jersey you were wearing, did it

**Page 29**

Mejia

1  have sleeves on it?

2  A.  No.

3  Q.  Do you know what size the basketball jersey

4  was; small, medium, large, XL?

5  A.  Extra large.

6  Q.  How about the pants, what was the size of the

7  pants?

8  A.  Thirty-six.

9  Q.  Did you have to use the belt to tighten --

10  A.  Yes.

11  Q.  Let me finish.  I'm sorry.

12  You had to use the belt to tighten the

13  waistband around your pants, right?

14  A.  Still yes.

15  Q.  So that it would fit correctly, right?

16  A.  Yes.

17  Q.  How far down did the shorts go on your legs?

18  A.  How far down?

19  Q.  Sure.  Did they go below your knees?

20  A.  Yes.

21  Q.  How far below your knees?

22  A.  I don't know.

23  Q.  Were you wearing any jewelry at that time?

24  A.  Yes.

Page 30

Mejia

1
2   Q.   What were you wearing?
3   A.   Necklace, rings.
4   Q.   What kind of necklace?
5   A.   Gold.
6   Q.   Was this necklace visible even when you were
7   wearing your basketball jersey?
8   A.   Yes, since it was a tank top V-neck.
9   Q.   The basketball jersey was a tank top V-neck?
10  A.   Yes.
11  Q.   Did this necklace have an emblem or something
12  that was dropping from the front of that?
13  A.   Yes.
14  Q.   What was that?
15  A.   Virgin.
16  Q.   A what?
17  A.   Virgin.
18  Q.   Can you describe that for me.
19  A.   A woman with a dress holding a kid, virgin,
20  religious.
21  Q.   The Virgin Mary are you saying?
22  A.   Maybe her cousin.
23  Q.   Her cousin?
24  A.   I don't know.  It wasn't Mary though.
25  Q.   Was there a reason you wore this?

Page 31

Mejia

1
2   A.   It was a gift.
3   Q.   Who gave it to you?
4   A.   My grandmother.
5   Q.   And was that, the virgin, the woman holding
6   something, was that visible on the outside?
7   A.   No, but the chain was.
8   Q.   The chain was visible, but the actual virgin--
9   A.   The actual virgin wasn't.
10  Q.   -- itself was under your shirt?
11  A.   Correct.
12  Q.   It was under your shirt, right?
13  A.   Yes.
14  Q.   And you said rings; how many rings did you
15  have on?
16  A.   Four.
17  Q.   On which fingers?
18  A.   The right.
19  Q.   All on your right hand?
20  A.   Correct.
21  Q.   Did these rings have any -- were they flat
22  rings or did they have any indentations or things
23  popping off of them?
24  A.   Can you be clearer?
25  Q.   Sure.  Can you describe what these rings

Page 32

Mejia

1
2   looked like.
3   A.   One is the head of an Arab.
4   Q.   An arrow, you said?
5   A.   Arab.
6   Q.   Arab?
7   A.   The other is an Indian head.  One has a
8   diamond, plain, and the other was a ram.
9   Q.   And they were all on your right hand?
10  A.   Yes.
11  Q.   Is it your thumb that didn't have a ring on
12  it?
13  A.   Correct.
14  Q.   Okay.  And no rings on your left hand?
15  A.   My wedding band.
16  Q.   Were you married at the time?
17  A.   No.
18  Q.   Were you married prior to this date at some
19  point?
20  A.   I was.
21  Q.   For how long?
22  A.   Ten years.
23  Q.   And were you divorced?
24  A.   Yes.
25  Q.   Do you know when you were divorced?

Page 33

Mejia

1
2   A.   No.
3   Q.   You were married to a female?
4   A.   Yes.
5   Q.   Is there a reason or reasons you still wore
6   the wedding band at that time?
7   A.   I still wear it.
8   Q.   No reason?
9   A.   No reason.
10  Q.   Were you wearing a wristwatch of any kind?
11  A.   No.
12  Q.   Anything on your wrist jewelry-wise?
13  A.   I don't think so, no.
14  Q.   And you're wearing glasses today, correct?
15  A.   Yes.
16  Q.   Are they prescription?
17  A.   Yes.
18  Q.   Are you nearsighted, farsighted?
19  A.   Both.
20  Q.   You have bifocals on?
21  A.   Yes.
22  Q.   Were you wearing the glasses --
23  A.   No.
24       MS. CONTI-COOK:  Let him finish.
25  A.   Sorry.

Page 42

Mejia

1  you have today?
2
3      A.  Probably.
4      Q.  Well, did you or do you know?
5      A.  I don't remember.
6      Q.  You don't remember.  Did you have facial hair?
7      A.  I don't remember.
8      Q.  Oh, okay.  Do you remember the last time you
9  were clean-shaven on your face?
10     A.  Never.
11     Q.  Never?
12     A.  Never.
13     Q.  So you had some kind of facial hair on July 9,
14 2014?
15     A.  I just -- yes.
16     Q.  On July 9, 2014 were you wearing earrings at
17 all?
18     A.  I don't wear earrings.
19     Q.  You never wore earrings?
20     A.  Never.
21     Q.  Did you have tattoos on July 9, 2014?
22     A.  I did.
23     Q.  Where are the tattoos on your body located?
24     A.  Arms, back, legs.
25     Q.  Have you gotten more tattoos since July 9,

Page 43

Mejia

1
2  2014?
3      A.  Yes.
4      Q.  Where did you get those more tattoos?
5      A.  Those more tattoos?
6      Q.  Yeah, the tattoos that you didn't have on July
7  9th of 2014 --
8      A.  Oh, that --
9      Q.  -- that you have today; where are they located
10 on your body?
11     A.  Those are the only places that I have tattoos
12 on, so it was probably in those places.
13     Q.  How many more tattoos have you gotten since
14 July 9, 2014?
15     A.  I don't remember.  I don't know.
16     Q.  With the gray cargo khaki shorts that you were
17 wearing, were there any tattoos visible on your legs?
18     A.  Yes.
19     Q.  On your calfs?
20     A.  Yes.
21     Q.  Were there any tattoos visible on your thighs
22 with the shorts that you were wearing that day?
23     A.  No.
24     Q.  The front of your calfs -- well, strike that.
25         Do you have tattoos on the front of your

Page 44

Mejia

1  leg, on your shin?
2
3          MS. CONTI-COOK:  Objection.  Do you mean
4  in 2014?
5          MR. BROPHY:  Yeah, 2014 we're talking
6  about.
7      A.  I did.
8      Q.  Both legs visible?
9      A.  Correct.
10     Q.  On your calfs, the back of your legs, did you
11 have tattoos?
12     A.  I have tattoos on my entire leg, so it would
13 be --
14     Q.  So it's all the way around?
15     A.  Correct.
16     Q.  Both legs?
17     A.  You got it.
18     Q.  How about the arms; same thing?
19     A.  Same thing.
20     Q.  All the way up and down your arms from your
21 shoulder to your hand?
22     A.  That is correct.
23     Q.  You don't have any tattoos on your hands
24 though, right?
25     A.  No.

Page 45

Mejia

1
2      Q.  Where do the tattoos end on your left arm
3  going towards your hand?
4          MS. CONTI-COOK:  Objection.  Today or in
5  2014?
6          MR. BROPHY:  2014.
7      A.  At the wrist.
8      Q.  Both arms at the wrist?
9      A.  Both arms at the wrist.
10     Q.  And do they continuously go up, your tattoos,
11 as of July 9, 2014, up to your shoulder?
12         MS. CONTI-COOK:  Objection.
13     A.  I'm sorry, what?
14     Q.  Sure.  Do you have tattoos all the way, lining
15 both arms, all the way up from your wrist to your
16 shoulder?
17     A.  Yes.
18     Q.  On both arms?
19     A.  On both arms.
20     Q.  You said you had tattoos on your back,
21 correct?
22     A.  Correct.
23     Q.  Where are the tattoos located on your back?
24     A.  On the back, the whole back.
25     Q.  Your entire back; upper, middle, lower back?

Page 46

Mejia

2    A.   Yes.
3    Q.   Any tattoos on your chest?
4    A.   No.
5    Q.   Abdomen?
6    A.   Nope.
7    Q.   So just solely back, both arms, both legs?
8    A.   As previously stated, yes.
9    Q.   Were any of the tattoos on your back visible
10   through the orange basketball jersey that you were
11   wearing that day?
12   A.   I don't know.
13   Q.   You didn't look?  You didn't check?
14   A.   I can't see my back.
15   Q.   Okay.  Does this basketball jersey droop down
16   at all on your back?
17   A.   It's a regular V-neck, like a tank top.
18   Q.   Do you have any tattoos on your neck?
19   A.   I do not have tattoos on my neck.
20   Q.   I'm sorry?
21   A.   I do not have tattoos on my neck.
22   Q.   After you were finished your workout, did you
23   return to the locker room from the gym?
24   A.   Mm-hmm.
25   Q.   And what did you do there?

Page 47

Mejia

2    A.   Took a shower.
3    Q.   And did you change back into the clothes that
4    you wore while walking to the gym?
5    A.   That's correct.
6    Q.   And what did you do with the gym clothes that
7    you had?
8    A.   I put them in my bag where they were
9    originally.
10   Q.   This bag you had with you when you left your
11   residence that day?
12   A.   Yes.
13   Q.   Describe the bag for me.
14   A.   Burgundy messenger bag.
15   Q.   Where did you get this bag from; where did you
16   purchase it from?
17        MS. CONTI-COOK:  Objection.
18   A.   I don't know.
19   Q.   Was it a -- what type of bag; do you know the
20   brand name for it?
21   A.   Ogio, Ogio or Oglio, something like that.
22   Q.   Can you spell that?
23   A.   I can't, because I'm not sure which one.
24   Q.   How long did you have this bag?
25   A.   I still have it.

Page 48

Mejia

2    Q.   Do you have any pictures of this bag?
3    A.   No.
4    Q.   And you purchased this bag; you didn't get it
5    from somebody else?
6    A.   I purchased the bag.
7    Q.   Do you recall when?
8    A.   I said no.
9    Q.   Do you know where you got it?
10   A.   Again, no.
11   Q.   How big is this bag; can you give me its
12   dimensions?
13   A.   A messenger bag, I don't know, 16, 18.
14   Q.   Inches?
15   A.   Yes.
16   Q.   Is it just one color, burgundy?
17   A.   It's burgundy and gray.
18   Q.   What parts of it are gray?
19   A.   The straps.
20   Q.   How many straps does it have?
21   A.   I don't know.  Definitely the one that goes --
22   that you put the bag on with is gray.
23   Q.   So once you showered and changed clothes, did
24   you leave the gym?
25   A.   Yes.

Page 49

Mejia

2    Q.   What did you do after that?
3    A.   I went downtown.
4    Q.   Do you know what time it was that you left the
5    gym?
6    A.   No.
7    Q.   Where did you go downtown?
8    A.   To Canal Street.
9    Q.   How did you get to Canal Street from the gym?
10   A.   On the train.
11   Q.   Which train did you take?
12   A.   Probably the A or the 1.  I'm not sure.
13   Q.   And why were you going to Canal Street; any
14   reason or reasons?
15   A.   To pick up some artwork.
16   Q.   Artwork, did you say?
17   A.   Yes.
18   Q.   And where did you pick up this artwork?
19   A.   I'm not sure.  I don't remember.
20   Q.   Canal Street, was that the subway address you
21   got --
22   A.   That's the subway station.  Sorry.
23   Q.   Canal Street was the subway station you got
24   off of, right?
25   A.   Correct.

Page 62

Mejia

1
2    Q.   You still had the necklace on?
3    A.   Yes.
4    Q.   Not wearing any sunglasses?
5         MS. CONTI-COOK:  Objection.
6    A.   I don't remember.  I still don't remember.
7    Q.   No hat though, right?
8    A.   No hat.
9    Q.   Did you have on headphones?
10   A.   Yes.
11   Q.   Did you wear the headphones when you were at
12   the gym?
13   A.   Yes.
14   Q.   Were these wireless headphones or did they
15   have wires to them?
16   A.   Wired.
17   Q.   And what did they connect to?
18   A.   IPod.
19   Q.   IPod, okay.  Do you know what kind of iPod?
20   A.   Yes.
21   Q.   What kind?
22   A.   Apple.
23   Q.   What version; do you know?
24   A.   No.  Version, no.  160 gigabytes, that's about
25   all I know.

Page 63

Mejia

1
2    Q.   What color was the iPad?
3    A.   The iPod?
4    Q.   The iPod, I'm sorry.
5    A.   Gray.
6    Q.   And that would just be to play music, right;
7    it didn't have any wireless or other functions, right?
8    A.   Correct.  It's the old kind.
9    Q.   Okay.  On your way from the gym to the Port
10   Authority Bus Terminal, did you have anything in your
11   short pockets?
12   A.   Wallet, money, that I know for sure with that,
13   yes.
14   Q.   Keys?
15   A.   That's probably in the bag.
16   Q.   In the gym bag, okay.  How about your cell
17   phone?
18   A.   Probably in the gym bag as well.
19   Q.   In the gym bag, okay.  The headphones that you
20   had on, were they outside of your basketball jersey or
21   were they underneath it?
22   A.   I always put it underneath.
23   Q.   Underneath, okay.  And where was the iPod
24   located on your person?
25   A.   On my belt.

Page 64

Mejia

1
2    Q.   Which side of your waist?
3    A.   Left.
4    Q.   Left being closer to your left arm, right?
5    A.   Closest to my left arm.
6    Q.   Looking forward, the left side of your waist,
7    right?
8    A.   Looking forward?
9    Q.   Sure.  If you're looking forward to your left
10   side of your waist, right?
11   A.   On my left, yes.
12   Q.   Right, okay.  Did you have anything on your
13   right belt buckle?
14   A.   No.
15   Q.   Where was the burgundy gym bag when you were
16   walking or when you were taking the A train to the Port
17   Authority Bus Terminal?
18   A.   What do you mean, where it was?
19   Q.   Yeah.  Where was it on your person?
20   A.   On me.
21   Q.   Where?
22   A.   It crosses from my right -- I mean, I'm sorry,
23   from my left to my right.
24   Q.   Left shoulder?
25   A.   Left shoulder.

Page 65

Mejia

1
2    Q.   To right where?
3    A.   To my right hip.
4    Q.   To your right hip?
5    A.   Yes.
6    Q.   And it's just one strap across?
7    A.   One strap.
8    Q.   Does that strap go across the front of your
9    chest?
10   A.   Yes.
11   Q.   Then it goes across your back as well?
12   A.   Correct.
13   Q.   And why were you going to the bus terminal
14   after the gym?
15   A.   Because Oscar lives in New Jersey.
16   Q.   So you were going to New Jersey to take a bus?
17   A.   That is correct.
18        MS. CONTI-COOK:  Objection.
19        MR. BROPHY:  Sorry, let me rephrase that.
20   That was a poorly phrased question.
21   Q.   You were going to the bus terminal to catch a
22   bus to go to New Jersey to see Oscar, correct?
23   A.   Yes.
24   Q.   Do you know --
25   A.   Yes, sorry.

Page 94

                          Mejia
1
2       A.   I don't remember.
3       Q.   And you don't know how many times you had
4  taken the 190 bus to go see Oscar, correct?
5            MS. CONTI-COOK:  Objection.
6       A.   Correct.
7       Q.   How long has -- strike that.
8            Oscar doesn't live in Clifton anymore?
9       A.   No.
10      Q.   Do you know when he moved out?
11      A.   When?
12      Q.   Yes.
13      A.   Like two, three years ago.
14      Q.   How long did he live in Clifton at the address
15  that you were going to that night?
16           MS. CONTI-COOK:  Objection.
17      A.   I don't know exactly.
18      Q.   More than five years?
19           MS. CONTI-COOK:  Objection.
20      A.   Yes.
21      Q.   More than 10?
22           MS. CONTI-COOK:  Objection.
23      A.   You'd have to ask him.
24      Q.   Okay.  And where did he live before Clifton;
25  do you know?

Page 95

                          Mejia
1
2       A.   No.
3       Q.   Did you ever visit him prior to 2014 anywhere
4  in New Jersey where he resided besides Clifton?
5       A.   No.
6       Q.   So you only knew the Clifton address as of
7  2014 to go to see Oscar at?
8       A.   Correct.
9       Q.   Is this an apartment that he lives in?
10           MS. CONTI-COOK:  Objection.
11      A.   He lived in a house.
12      Q.   He lived in a house in 2014?
13      A.   Yes.
14      Q.   Do you know the address?
15           MS. CONTI-COOK:  Can we do that
16  confidentially, please?
17           MR. BROPHY:  Sure.
18      A.   I don't remember.
19      Q.   No, okay.  What bus stop would you get off at
20  to go to his house?
21      A.   I don't know the name.  I don't think it has a
22  name.
23      Q.   It doesn't have a name?
24      A.   No.
25      Q.   What streets would you get off at?

Page 96

                          Mejia
1
2       A.   I knew that there was a -- what is that
3  called -- a White Castle.
4       Q.   A White Castle?
5       A.   Yes.
6       Q.   And as of 2014, how long had you known Oscar?
7       A.   We're in 2018 and I know him 10 years, so that
8  was six years.
9       Q.   So you'd known him six years at that point?
10      A.   At that point.
11  *THE FOLLING EXCERPT IS DEEMED CONFIDENTIAL:
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 97

                   Mejia - CONFIDENTIAL
1
2       Q.   Did you identify as a homosexual in 2014, sir?
3            MS. CONTI-COOK:  Objection.  And can we
4       put this in confidential, as well.
5       A.   I don't identify as homosexual, no.
6       Q.   Are you a homosexual?
7            MS. CONTI-COOK:  Objection.
8       A.   I'm not a homosexual.
9       Q.   You're not, okay.  Have you ever had sexual
10  intercourse with a man?
11           MS. CONTI-COOK:  Objection.
12      A.   Yeah.
13      Q.   You have, okay.  But you don't consider
14  yourself a homosexual, correct?
15           MS. CONTI-COOK:  Objection.
16      A.   No.
17      Q.   Have you dated men?
18           MS. CONTI-COOK:  Objection.
19      A.   I have.
20      Q.   When did you first start dating men?
21           MS. CONTI-COOK:  Objection.
22      A.   I don't know.
23      Q.   Were you dating anyone on July 9, 2014?
24           MS. CONTI-COOK:  Objection.
25      A.   I was.

Page 98

Mejia - CONFIDENTIAL

1
2    Q.   Who you were dating?
3         MS. CONTI-COOK:  Objection.
4    A.   Someone.
5    Q.   Who?
6    A.   His name is Numer.
7    Q.   Were you in a steady relationship with him at
8    that point?
9    A.   Yes.
10   Q.   For how long?
11   A.   About a year and a half.
12   Q.   Are you still with him?
13        MS. CONTI-COOK:  Objection.
14   A.   No.
15   Q.   When did you break up?
16        MS. CONTI-COOK:  Objection.
17   A.   I don't know.  I'm sorry.
18   Q.   Within the last year or longer?
19        MS. CONTI-COOK:  Objection.
20   A.   Longer.
21   Q.   Do you identify as bisexual?
22        MS. CONTI-COOK:  Objection.
23   A.   I don't identify with anything.
24   Q.   Okay.  Are you attracted to women as well?
25   A.   Yes.

Page 99

Mejia - CONFIDENTIAL

1
2         MS. CONTI-COOK:  Objection.
3    Q.   Have you ever had a sexual relationship with
4    Oscar Lozano?
5         MS. CONTI-COOK:  Objection.
6    A.   No.
7    *END CONFIDENTIAL EXCERPT*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 100

Mejia

1
2    Q.   Prior to 2014 how long had you been going to
3    see Oscar in Clifton; do you know?
4         MS. CONTI-COOK:  We can go off
5    confidential.
6    Q.   Sure.  Before 2014, before July 9, 2014, how
7    many times had you seen Oscar, taken the bus to see him
8    in Clifton?
9         MS. CONTI-COOK:  Objection.
10   A.   I don't remember.
11   Q.   Had you done it for a period of years though?
12   A.   Yeah.
13   Q.   Did you see him in 2013?
14   A.   Possibly, yes.
15   Q.   You always took the bus to go see him, right?
16        MS. CONTI-COOK:  Objection.
17   A.   When I've gone to see him, I've taken the bus,
18   yes.
19   Q.   The same bus, the 190?
20   A.   Yes.
21   Q.   Do you know how many floors there are at the
22   Port Authority Bus Terminal?
23        MS. CONTI-COOK:  Objection.
24   A.   No.
25   Q.   How do you know you were on the second floor

Page 101

Mejia

1
2    when you got off the second escalator?
3    A.   Because when you're on the first floor, you
4    take the escalator, you usually end up on the second
5    floor.
6    Q.   When you got off the escalator that dropped
7    you off on the second floor that day, did you then go
8    straight to the bathroom?
9    A.   Sorry?
10   Q.   Did you then want -- you wanted to go and walk
11   straight to the bathroom?
12   A.   What does that mean?
13   Q.   Sure.  Did you make any stops between getting
14   off the second-floor escalator and the bathroom?
15   A.   No.
16   Q.   Did you have to turn around to find the
17   bathroom?
18   A.   I don't, I don't know.  I don't remember.
19   Q.   Where is the bathroom located in relation to
20   the escalator that you got off on the second floor?
21   A.   It's close to it.
22   Q.   When you get off the escalator and you're
23   staring straight ahead, is the bathroom behind you, in
24   front of you, to your left, to your right?
25   A.   I don't remember.

Page 110

Mejia

1  the time and the bus schedule at that point?
2      Q.  When you entered the second-floor bathroom
3      A.  No.  The idea was to try to get there by 6
4  o'clock, so there would be no time to go back home.
5      Q.  Did you think getting the print was going to
6  take 30 or 40 minutes?
7      A.  No.
8      Q.  After it took 30 or 40 minutes, did you
9  communicate, either through text message or telephone
10 call, with Oscar that you might be a little late?
11     A.  Yeah.
12     Q.  How did you do so?
13     A.  Probably text.
14     Q.  So you told him you didn't think you'd be
15 there by 6:00?
16         MS. CONTI-COOK:  Objection.
17     A.  No.
18     Q.  What did you tell him?
19     A.  I don't know, but it was not related to the
20 time.  I think I told him that I picked it up and that I
21 was on my way.
22     Q.  Okay.  And do you know when you sent that text
23 message?
24     A.  No.
25     Q.  When you were leaving the --

Page 111

Mejia

1
2      A.  Probably when I left --
3      Q.  -- the store where you got the print?
4      A.  Yes.
5      Q.  When you entered the bus terminal that day,
6  was it crowded?
7      A.  Yes.
8      Q.  Lots of people around?
9          MS. CONTI-COOK:  Objection.
10     A.  Yes.
11     Q.  And it was rush hour, right?
12     A.  Yeah.
13     Q.  Did you think you had enough time to use the
14 restroom and still make your 5:12 bus to Clifton?
15     A.  It didn't matter.  I still had to pee.  My
16 priority was to pee.
17     Q.  So you figured you'd deal with the bus and all
18 of those issues after you'd used the restroom?
19     A.  Yes.
20     Q.  There's no bathrooms on the bus?
21     A.  No.
22     Q.  How long was the A train ride from Canal
23 Street to the bus terminal?
24         MS. CONTI-COOK:  Objection.
25     A.  I don't know.

Page 112

Mejia

1
2      Q.  When you entered the second-floor bathroom
3  that day, what did you do?
4      A.  I peed.
5      Q.  Okay.  When you walked in the bathroom, was
6  there a wall in front of you?
7      A.  Yeah.
8      Q.  And you can go left or right?
9          MS. CONTI-COOK:  Objection.
10     A.  Once you're inside, yes.
11     Q.  Okay.  When you first walked in, did you go
12 left or did you go right?
13     A.  Left and then right.
14     Q.  I'm sorry?
15     A.  Left and then right.
16     Q.  Okay.  So when you went left, what caused you
17 to then go right?
18     A.  The empty stall.
19     Q.  Okay.  So did you see an empty stall on the
20 left side?
21     A.  Yeah.
22     Q.  Okay.  So you walked into the left side of the
23 bathroom, correct?
24     A.  Mm-hmm.
25     Q.  Okay.  And when you made that left turn, if

Page 113

Mejia

1  you're looking straight ahead, what do you see?
2      A.  When you walk in and you look straight ahead,
3  there are the sinks are there.
4          MS. CONTI-COOK:  You mean 2014?
5      Q.  In 2014, I'm sorry.  We're talking about the
6  date of the incident.
7      A.  Mm-hmm.
8      Q.  You walk in the bathroom, there's a wall in
9  front of you, you make a left, you're staring straight
10 ahead at the wall?
11     A.  It's not a wall.  The sinks are there.
12     Q.  Sinks.  How many sinks?
13     A.  I don't know.
14     Q.  If you keep walking, you walk into a sink,
15 correct?
16     A.  Yes.
17     Q.  Okay.  And then there are sinks to the right
18 of that sink, correct?
19     A.  No.
20     Q.  Where are the other sinks?
21     A.  What other sinks?
22     Q.  How many sinks are there?
23         MS. CONTI-COOK:  Objection.
24     A.  I said I don't know.

Page 126

Mejia

2  Q.  You didn't make any observations as you walked
3  in to use the urinal?
4  A.  No.  I made the observations later.
5  Q.  Okay.  But when you walked in, you didn't?
6  A.  No.  The person was at the urinal.  That's it.
7  Q.  When did you first make any observations of
8  this individual to your right?
9  A.  When I felt that someone was looking at me.
10 Q.  How did you feel someone was looking at you?
11 A.  You just feel it.
12 Q.  Were you looking to your right at all when you
13 felt him looking at you?
14 MS. CONTI-COOK:  Objection.
15 A.  No.  I was looking straight ahead.
16 Q.  What did you do when you noticed he was
17 looking at you?
18 A.  I looked at him.
19 Q.  You looked to your right?
20 A.  Yes.
21 Q.  Okay.  And did you make any observations of
22 him when you looked to your right?
23 A.  He smirked.
24 Q.  What did you mean by smirk?
25 A.  Smirked.

Page 127

Mejia

2  Q.  Smirked.
3  A.  Like a smile, but not.  A smirk.
4  Q.  He made a face?
5  A.  Yes.
6  Q.  Did you make a face at him?
7  A.  No.  I looked back to where I was, right in
8  front of me.
9  Q.  Did you say anything to him?
10 A.  No.
11 Q.  Any reason why not?
12 A.  Why would I?
13 Q.  Well, somebody smirked at you at a urinal; you
14 didn't find that odd or offensive or anything like that?
15 A.  I found it odd, but didn't, didn't think to
16 talk, to say anything.
17 Q.  Okay.  When you were at the urinal, are there
18 partitions between them?
19 A.  Yes.
20 Q.  How wide is the area between the partitions?
21 A.  I don't know.
22 MS. CONTI-COOK:  Objection.  Do we also
23 mean 2014?
24 MR. BROPHY:  2014.
25 Q.  July 9, 2014, the urinal you were at, how wide

Page 128

Mejia

2  were the partitions?
3  A.  I don't know.
4  Q.  How wide was the urinal itself?
5  A.  I don't know.  Didn't measure.
6  Q.  Can you give an estimate?
7  A.  No.
8  Q.  Can you estimate how wide the partition area
9  was?
10 A.  No.
11 Q.  Do you know how long the partitions were?
12 A.  No.
13 Q.  Did they go all the way to the ground?
14 A.  On that day?
15 Q.  Yes.
16 A.  No.
17 Q.  Where did they stop on their way to the
18 ground; do you know?
19 A.  No.
20 Q.  But you know they didn't touch the ground,
21 right?
22 A.  I don't believe so, no.
23 Q.  Did they go up, all the way up to the ceiling?
24 A.  No.
25 Q.  You were able to observe the gentleman to your

Page 129

Mejia

2  right, correct?
3  MS. CONTI-COOK:  Objection.
4  A.  I saw his face.
5  Q.  Where did the partition come up to your body
6  length-wise?
7  A.  My shoulder.
8  Q.  Your shoulder?
9  A.  Yeah.
10 Q.  The bottom of your shoulder?
11 MS. CONTI-COOK:  Objection.
12 A.  Would this be considered the bottom?
13 Q.  Well, we have to say it for the record, so I'm
14 asking --
15 A.  No, no, no, I understand.  But I'm asking you
16 if this is what you consider the bottom.
17 Q.  It's not the top of your shoulder, right?
18 A.  So then, yeah, the bottom.
19 Q.  At about where your chin is, right?
20 A.  Right now, yes.
21 Q.  As you're sitting here today, right?
22 A.  Yes.
23 Q.  The bottom part of your deltoid muscle, right?
24 A.  Yeah.
25 Q.  Okay.  That's where the partition came to,

Page 142

Mejia

2     A.    No.

3     Q.    Did you think to maybe put the bag with the

4  screen down on the floor?

5     A.    No.  The floor was dirty.

6     Q.    The floor was dirty, okay.  Did you spill any

7  urine on yourself when you were peeing?

8     A.    No.

9     Q.    You didn't get any on your boxers or your --

10    A.    I don't, I don't know.  I don't remember.

11    Q.    What about on the floor; did you drip any

12 urine on the floor?

13    A.    No, I didn't pee on the floor.

14    Q.    Not even drip, anything like that?

15          MS. CONTI-COOK:  Objection.

16    A.    No.  In order for that to happen, I would have

17 had to back away, which I did not.

18    Q.    You didn't back away the whole time you were

19 peeing, correct?

20          MS. CONTI-COOK:  Objection.

21    A.    No.

22    Q.    The iPod that you had, was it in a pocket when

23 you were urinating?

24    A.    No.  It's on a case.

25    Q.    "It's on a case," with a strap that would

Page 143

Mejia

2  attach to your belt buckle?

3     A.    With a clip.

4     Q.    A clip?

5     A.    Yeah.

6     Q.    Were you worried about that potentially

7  falling into the urinal at all?

8     A.    No.  It's a pretty good case.

9     Q.    You didn't have to adjust that or move that --

10    A.    Never do.

11    Q.    -- when you were going to urinate?

12    A.    No.

13    Q.    And the headphones that you had --

14    A.    Yeah.

15    Q.    -- the cord on that, you didn't have to adjust

16 that at all when you were going to urinate?

17    A.    No, because I usually wear my iPod towards my

18 back on the left side, and so the string comes out of

19 my--

20    Q.    The V-neck?

21    A.    Yeah.  Thank you.

22    Q.    It goes underneath your V-neck --

23    A.    Yeah.

24    Q.    -- towards your back on the left side?

25    A.    Yeah.

Page 144

Mejia

2     Q.    So is it on your left hip?

3     A.    Yeah.

4     Q.    And it's not in a pocket, it's attached via

5  the --

6     A.    No.  It's called Incase, and it's a case which

7  it has a belt clip.

8     Q.    And it was clipped to your belt?

9     A.    Yeah, so it wraps the iPod, pretty secure.

10 It's like a glove.  That's the basis behind them.

11    Q.    Was your orange basketball jersey coming down

12 below your waist when you were urinating?

13    A.    Hmm?  I'm sorry?

14    Q.    Your orange basketball jersey, you said it

15 came down below your waist.

16    A.    Mm-hmm.

17    Q.    What did you do to move that out of the way

18 when you were urinating?

19    A.    Didn't need to.

20    Q.    It didn't reach your penis?

21    A.    It was -- no.

22    Q.    Do you still have that orange basketball

23 jersey?

24    A.    Yes.

25    Q.    You still have the burgundy gym bag?

Page 145

Mejia

2     A.    Yes.

3          MR. BROPHY:  Counsel, I'm going to make a

4  request for DNI on that.  We'll follow up with

5  a letter.

6          MS. CONTI-COOK:  Taken under advisement.

7     Q.    Do you still have the artwork frame?

8     A.    No.

9     Q.    Do you still have the bag that was carrying

10 the artwork frame?

11    A.    No.

12    Q.    Do you still have the gray cargo shorts that

13 you were wearing that day?

14    A.    I think so.

15          MR. BROPHY:  Same request, we'll follow

16 up.

17          MS. CONTI-COOK:  Taken under advisement.

18    Q.    Do you still have the belt buckle, the belt

19 you were wearing that day?

20    A.    I don't remember which belt.

21    Q.    When you were done urinating, you were able

22 to, obviously, put your penis back into your boxers and

23 put it back into your pants, right?

24    A.    Yes.

25    Q.    Did you have to step back from the urinal to

Page 154

Mejia

```
 1   towards the exit --
 2        A.   Correct.
 3        Q.   -- to get and reach Information?
 4        A.   I believe so, yes.
 5        Q.   And you knew that on July 9, 2014?
 6        A.   Yes.
 7        Q.   So you're familiar with where Information was
 8   at that point?
 9        A.   Yes.
10        Q.   And where the booth was, right?
11        A.   Where is what booth?
12        Q.   The Information booth.
13        A.   The Information booth, yes.
14        Q.   Yes.  And how far is that then from the
15   escalator that you had to take up from the subway to the
16   first floor?
17             MS. CONTI-COOK:  Objection.
18        A.   I don't know.
19        Q.   You don't know, but you know it's behind you?
20        A.   I know that it's behind me, yes.
21        Q.   Okay.  And you'd have to backtrack, but you
22   don't know how long?
23             MS. CONTI-COOK:  Objection.
24        A.   Yeah.
```

Page 155

Mejia

```
 1        Q.   You don't know how far the escalator that you
 2   took to the second floor, how far that was from the
 3   escalator that you took from the subway level to the --
 4        A.   It's not that far.
 5             MS. CONTI-COOK:  Objection.
 6             THE WITNESS:  Sorry.
 7        Q.   Okay.  How far though?  You say, "not that
 8   far," that --
 9        A.   It doesn't -- I don't think it's that far.  I
10   don't know how far, but I don't think it's that far.
11   It's -- you can see it.
12        Q.   So it is your testimony you knew where the
13   Information booth was but you didn't know where any of
14   the bathrooms were at the Port Authority Bus Terminal on
15   July 9, 2014?
16             MS. CONTI-COOK:  Objection.
17        A.   That is correct.
18        Q.   You didn't know where your gate was for your
19   bus, correct?
20             MS. CONTI-COOK:  Objection.
21        A.   That is correct.
22        Q.   And were you able to get to the Information
23   booth that day?
24        A.   No.
```

Page 156

Mejia

```
 1        Q.   Were you stopped?
 2        A.   Yes.
 3        Q.   How were you stopped?
 4        A.   I was tapped on the shoulder.
 5        Q.   Which shoulder?
 6        A.   That I don't know.
 7        Q.   Do you know where you were when you were
 8   tapped on the shoulder?
 9        A.   About to take the escalator.
10        Q.   The escalator down to the first floor?
11        A.   Yes.
12        Q.   Were you going to take the stairs or the
13   escalator?
14        A.   I don't, I don't know.  I didn't --
15        Q.   Who tapped you on the shoulder?
16        A.   I didn't get that far.
17        Q.   I'm sorry.  Who tapped you on the shoulder?
18        A.   There were three guys.
19        Q.   Describe them for me; what did they look like?
20        A.   Three white guys.
21        Q.   Can you be more specific?
22        A.   Two were tall and one was shorter.
23        Q.   Was the shorter one the one who smirked at
24   you?
```

Page 157

Mejia

```
 1        A.   Correct.
 2        Q.   Is he the one who tapped you on the shoulder?
 3        A.   I, I don't know.
 4        Q.   Did you speak to the shorter one after he had
 5   stopped you?
 6        A.   No.  My headphones were still in.
 7        Q.   Did you have to take your headphones out?
 8        A.   Yeah.
 9        Q.   So one of the three tapped you on the
10   shoulder, you don't know who?
11        A.   No.
12        Q.   You took your headphones out?
13        A.   Not immediately, no.
14        Q.   Okay.  Well, what did you do after you were
15   tapped?
16        A.   I looked back.
17        Q.   Did you have to turn around?
18        A.   Yeah.
19        Q.   You turned around, and then what did you do
20   next?
21        A.   I, I don't know.  I don't remember.
22        Q.   Did you take your headphones out at that
23   point?
24        A.   No.  Still no.
```

Page 158

Mejia

1
2     Q.    Did they try to communicate with you?
3     A.    I think they were talking.
4     Q.    But you don't know what they were saying?
5     A.    No.
6     Q.    And you don't know who was speaking to you?
7     A.    Well, no.  I don't remember.
8     Q.    You don't remember which one of the three
9  spoke to you at that point?
10    A.    Uh-uh.
11    Q.    How long was it before -- well, how long was
12 the time frame between when you were tapped on the
13 shoulder and you took your headphones out?
14    A.    About 20, 30 seconds.
15    Q.    And what was going on in that 20 or 30
16 seconds?
17    A.    I didn't, I didn't understand why I was being
18 tapped on the shoulder or who they were or what's going
19 on.
20    Q.    Okay.  So then you take your headphones off,
21 right?
22    A.    Mm-hmm.
23    Q.    What happened next?
24    A.    I said, "What?"
25    Q.    And then did one of the three say something to

Page 159

Mejia

1
2  you?
3     A.    They were saying something, but I don't
4  remember what they said.
5     Q.    Which one of them?
6     A.    The little one.
7     Q.    The little one said something to you?
8     A.    Yeah.
9     Q.    The guy who you -- did you recognize him as
10 the guy who smirked at you?
11    A.    Yeah.
12    Q.    What did he say to you?
13    A.    I don't, I don't remember, to be honest with
14 you.
15    Q.    Okay.  So you don't know how that conversation
16 went?
17          MS. CONTI-COOK:  Objection.
18    A.    No.
19    Q.    Was there any other conversation you had
20 between yourself and these three individuals at that
21 point?
22    A.    At some point they showed me the badge.  And I
23 don't know, I was like, yeah, so?  What happened?  What
24 did I do?  And he says, "You know what you did."
25    Q.    Who showed you the badge?

Page 160

Mejia

1
2     A.    All three.
3     Q.    All three of them flashed their badges?
4     A.    Yeah, they had them on the hip and on their
5  belts.
6     Q.    Were they uniformed officers?
7     A.    No.
8     Q.    They were wearing --
9     A.    Regular clothes.
10    Q.    And who said to you, "You know what you did"?
11    A.    The little one.
12    Q.    The little one who was in the bathroom?
13    A.    Yes.
14    Q.    To your right?
15    A.    Yes.
16    Q.    And when he said, "You know what you did," did
17 you say anything back to him?
18    A.    I said, "No, I don't."
19    Q.    Did he respond or did any of them respond
20 after that?
21    A.    No.  They said to put, put the stuff down.
22 And I think they said, "You're under arrest."
23    Q.    "Put the stuff down," what did they mean?
24    A.    The bag, put the bag down.
25    Q.    And when they told you you were under arrest,

Page 161

Mejia

1
2  did you respond to that at all?
3     A.    I said, "For what?"  And they said again, "You
4  know what you did."
5     Q.    And that was the little one, the guy who said,
6  "You know what you did"?
7     A.    Yeah.
8     Q.    Is he the one who told you you were under
9  arrest as well?
10    A.    I believe so.
11    Q.    He's the one who told you to put the bag down?
12    A.    Mm-hmm.
13    Q.    And did they eventually handcuff you?
14    A.    I'm sorry.  Yes.
15    Q.    I'm sorry, right.
16    A.    I'm sorry, what?
17    Q.    The one who told you you were under arrest was
18 the little one, right?
19    A.    Yes.
20    Q.    The one who handcuffed you, was that the
21 little one as well?
22    A.    That I couldn't tell you.  I don't remember.
23    Q.    Did they handcuff you by the escalators?
24    A.    Yeah.
25    Q.    Do you know where by the escalators?

Page 178

Mejia

1
2      A.   Yes.  I don't know if it was a T-shirt or a
3   polo, but it was navy blue.
4      Q.   Navy blue?
5      A.   Yes.
6      Q.   T-shirt though, or you don't know if it was a
7   T-shirt or polo?
8      A.   Yeah.
9      Q.   Solid blue?
10     A.   Yes.
11     Q.   No other colors, right?
12          MS. CONTI-COOK:  Objection.
13     A.   No.
14     Q.   Did anything else about his appearance stick
15   out to you that evening when he stopped you after you
16   left the bathroom?
17     A.   No.
18     Q.   How about the other two individuals, can you
19   give a description of either one of them as you sit here
20   today?
21     A.   Tall, blond, taller, blond.
22     Q.   So there was a tall blond guy and then a
23   taller blond guy?
24     A.   No, I'm describing the same person.  They're
25   both about the same anyway.

Page 179

Mejia

1
2      Q.   Tall with blond hair?
3      A.   Yeah.
4      Q.   Did either one of them have facial hair?
5      A.   I don't remember.
6      Q.   What kind of haircuts?
7      A.   I don't remember.
8      Q.   When you say tall, were they taller than you?
9      A.   Yeah, a little bit.
10     Q.   Can you describe their body shape?
11          MS. CONTI-COOK:  Objection.
12     A.   Regular.
13     Q.   Skinny, overweight, medium?
14          MS. CONTI-COOK:  Objection.
15     A.   Medium.
16          MS. CONTI-COOK:  You're asking about two
17   different people?
18          MR. BROPHY:  Yeah.  He said he couldn't
19   tell the difference, and I am asking if there's
20   anything he can tell me about either one of
21   them.
22          MS. CONTI-COOK:  Well, there was a tall
23   blond one and another tall one.
24     Q.   Who was also blond, right?
25     A.   I don't remember the other one.  I know the

Page 180

Mejia

1
2   one that was in court.
3      Q.   Is that the one you're describing, the one in
4   court?
5      A.   Yeah.
6      Q.   Tall and blond?
7      A.   Yeah, darker blond, not --
8      Q.   What about the other individual who wasn't in
9   court, what did he look like?
10     A.   I don't really remember him.
11     Q.   Did he talk to you at all when you were
12   stopped?
13     A.   No.
14     Q.   After you were stopped and he walked back to
15   the --
16     A.   Well, which one are you asking me if he spoke
17   to me?
18     Q.   Sure.  You have the tall blond guy who went to
19   court, right?
20     A.   Mm-hmm.
21     Q.   You have the shorter individual, right?
22     A.   Right.
23     Q.   And then you have the other person who you
24   can't give a description of?
25     A.   Correct.

Page 181

Mejia

1
2      Q.   The other person you can't give a description
3   of, did he ever speak to you?
4      A.   No.
5      Q.   He flashed you his badge?
6      A.   Yeah.
7      Q.   That was about the only interaction you had
8   with him?
9      A.   It's the only thing I can remember.
10     Q.   Were you eventually walked back to the police
11   precinct?
12     A.   Yes.
13     Q.   Okay.  Was the person you can't describe, did
14   he walk with you back to the police precinct?
15     A.   Yes.
16     Q.   When was the last time you saw him?
17     A.   Once I entered, I don't recall seeing him
18   again.
19     Q.   And before he had stopped you with the two
20   other officers, had you seen that other individual who
21   you can't describe?
22     A.   No.
23     Q.   How long did it take you to walk from the time
24   handcuffs were put on you to the time back to the police
25   precinct?

Page 182

Mejia

1
2    A.   I'm not sure.
3    Q.   More than five minutes?
4    A.   Seemed like three hours, but I can't tell you.
5    Q.   Why did it seem like three hours?
6    A.   Because it seemed like a long time.
7    Q.   Is there any reason why it seemed like a long
8    time?
9    A.   It just did.
10   Q.   Before July 9, 2014, how did you know which
11   gate to go to to get the buses that you were taking from
12   the Port Authority Bus Terminal?
13        MS. CONTI-COOK:  Objection.
14   A.   Repeat the question.
15   Q.   Sure.  Before July 9, 2014, how did you know
16   which gates to go to to take the buses that you were
17   taking from the Port Authority Bus Terminal?
18        MS. CONTI-COOK:  Same objection.
19   A.   Same thing I said before.
20   Q.   And what is that?
21   A.   I would look to see where it was.
22   Q.   What would you look at?
23   A.   At the Information place.
24   Q.   You'd ask them at Information?
25   A.   Yeah.

Page 183

Mejia

1
2    Q.   Yes?
3    A.   Yes.
4    Q.   The Information booth was open every time you
5    went there?
6    A.   Yes.
7    Q.   Is there any other way that you know of of
8    finding out the gate of the bus that you're taking
9    besides asking Information at the Port Authority Bus
10   Terminal?
11   A.   No.
12   Q.   That's the only way you know, right?
13   A.   Yup.
14   Q.   When you were at the urinal that day, July 9,
15   2014, the second floor of the Port Authority Bus
16   Terminal urinating, how deep into the partitions towards
17   the urinal were you?
18   A.   I think pretty close.
19   Q.   A couple inches, six inches; can you give me
20   an estimate?
21   A.   Three inches, four inches.
22   Q.   We're talking about to the wall of the urinal,
23   correct?
24   A.   Mm-hmm.
25   Q.   Three or four inches from the wall of the

Page 184

Mejia

1
2    urinal?
3    A.   From the urinal.
4    Q.   From the urinal itself?
5    A.   Mm-hmm.
6    Q.   Well, you know the urinal comes out at the
7    bottom, right?  Are you talking about three or four
8    inches of where it comes out of the bottom or are you
9    talking about three or four inches from the wall of the
10   urinal itself?
11   A.   The urinal is pretty close to my body.
12   Q.   Can you give me an estimate as to what "pretty
13   close" means?
14        MS. CONTI-COOK:  Objection.
15   A.   Again, about three inches.
16   Q.   Three inches.  And is the burgundy bag at your
17   hip at that point?
18        MS. CONTI-COOK:  Objection.
19   Q.   When you were the urinal.
20   A.   Still at the hip.
21   Q.   It's not towards your back at all?
22   A.   Still at the hip.
23   Q.   It didn't fall towards your back at any point
24   when you were urinating?
25        MS. CONTI-COOK:  Objection.

Page 185

Mejia

1
2    A.   No.
3    Q.   After you were handcuffed and when you were
4    walked back towards the police precinct, did you have
5    any conversations with any of the three officers?
6    A.   No.
7    Q.   Did you ever hear them having any
8    conversations with each other?
9    A.   No.
10   Q.   No, okay.  So you walked pretty much in
11   silence from the time you were handcuffed until the time
12   you got back to the police precinct?
13   A.   Yes.
14   Q.   Is the police precinct on the same floor that
15   you were on?
16   A.   I don't believe so.
17   Q.   Did you have to go down a floor?
18   A.   I think so.
19   Q.   Did you take the escalator to get down?
20   A.   I think so.
21   Q.   When was the last time you ate before entering
22   the Port Authority Bus Terminal on July 9, 2014?
23   A.   The last I ate?
24   Q.   Sure.
25   A.   I don't remember.

Page 186

```
1                        Mejia
2    Q.   Did you eat after the gym or before the gym?
3         MS. CONTI-COOK:  Objection.
4    A.   Still don't remember.
5    Q.   When you got back to the police precinct, did
6    they take the handcuffs off of you?
7    A.   No.
8    Q.   What happened next when you got there?
9    A.   They handcuffed me to a bench.
10   Q.   How long were you handcuffed to the bench for?
11   A.   A while.
12   Q.   Can you give me an estimate as to the time?
13   A.   Thirty, 45 minutes.
14   Q.   Which hand or were both hands handcuffed to
15   the bench or just one hand?
16   A.   I think just one.
17   Q.   Do you know which hand?
18   A.   Probably my left.
19   Q.   When you got back to the precinct, did you
20   overhear any conversations between the -- now it's the
21   two officers, right, that arrested you -- did you hear
22   them speak to each other?
23        MS. CONTI-COOK:  Objection.
24   A.   I wasn't paying attention.
25   Q.   No, okay.  So you don't recall any
```

Page 187

```
1                        Mejia
2    conversations they may have had with each other when you
3    were back there; is that fair?
4         MS. CONTI-COOK:  Objection.
5    A.   They weren't where I was, so I don't know.
6    Q.   Okay.  Did you hear any other conversations
7    amongst officers when you were back at the precinct?
8    A.   I'm sure they were talking, but...
9    Q.   Do you know what they were talking about; do
10   you have a memory?
11   A.   No.
12   Q.   Nothing sticks out in your head?
13        MS. CONTI-COOK:  Objection.
14   A.   No.
15   Q.   When you were handcuffed to the bench, did you
16   then speak to somebody?
17   A.   No.
18   Q.   No.  You were just sitting there for 30, 40
19   minutes with no information?
20   A.   I was asking, and they said -- I asked
21   someone, but it wasn't any of those people.
22   Q.   Do you know who you asked; another officer?
23   A.   Someone, yeah.
24   Q.   Another officer; do you know?
25   A.   Yeah, had to be.
```

Page 188

```
1                        Mejia
2    Q.   Not one of those people, meaning not one of
3    the three --
4    A.   No, not one of the three that I went -- sorry.
5    Q.   Let me -- I'll finish.  Sorry.
6         When you say you asked somebody else, it's
7    not one of the three individuals who you saw when
8    you were initially stopped, right?
9    A.   Correct.
10   Q.   When you say you asked someone, is this
11   another Port Authority Police officer, to your
12   knowledge?
13   A.   He was in the precinct.
14   Q.   What did you ask him or her?
15   A.   How long this takes.
16   Q.   Did you get an answer?
17   A.   He said he doesn't know.
18   Q.   Where was this person in relation to you when
19   you asked this question?
20   A.   He passed me by.
21   Q.   Walking by you?
22   A.   Yeah.
23   Q.   And that's the only thing that you can recall
24   happening when you were handcuffed for 30, 40 minutes?
25   A.   Yes.
```

Page 189

```
1                        Mejia
2    Q.   Eventually the handcuffs came off, right?
3    A.   Yes.
4    Q.   And then what happened next?
5    A.   Put me in a cell.
6    Q.   And how long were you in the cell for?
7    A.   About two-and-a-half hours.
8    Q.   Were there any times where you came out of the
9    cell and had to go back in?
10   A.   Yes.
11   Q.   What would you have come out of the cell for?
12   A.   I wasn't free to come out of the cell.  They
13   took me out of the cell.
14   Q.   To do what?
15   A.   To fingerprint, picture, and a phone call.
16   Q.   They took your photograph?
17   A.   Yes.
18   Q.   Did they ever ask you for identification?
19   A.   No.
20   Q.   Did they take your personal effects from you?
21   A.   Yes.
22   Q.   And when did they do that?
23   A.   When I was sitting in the bench.
24   Q.   And you gave them everything you had on you at
25   that point?
```

Page 190

Mejia

1
2    MS. CONTI-COOK:  Objection.
3    A.   Yes.
4    Q.   And when you gave all your personal effects,
5    did you give it to one of the two officers you
6    described, the tall blond one or the short one?
7    A.   Yes.
8    Q.   Which one; do you know?
9    A.   The tall one.
10   Q.   You gave all of it to the tall blond one?
11   A.   Yes.
12   Q.   Did he take the photograph of you as well?
13   A.   Yes.
14   Q.   Did he fingerprint you as well?
15   A.   Correct.
16   Q.   Once you had gotten back to the precinct, did
17   you see the short gentleman at all?
18   A.   Yes.
19   Q.   Did you have any interaction with him?
20   A.   No.
21   Q.   Did you ever hear him saying anything when you
22   were at the precinct?
23   A.   No.
24   Q.   Who handcuffed you to the bench?
25   A.   Don't remember.

Page 191

Mejia

1
2    Q.   Who took the handcuffs off and put you in the
3    cell?
4    A.   The tall one.
5    Q.   And then when you were taken out of the cell
6    to do all that processing, that was the tall one as
7    well, correct?
8    MS. CONTI-COOK:  Objection.
9    Q.   Talking about the fingerprinting, photograph,
10   and phone call?
11   A.   Yes.
12   Q.   He was the one who let you out of the cell?
13   A.   Correct.
14   Q.   When he let you out of the cell, were you
15   handcuffed at that point again?
16   A.   When he took me out of the cell?
17   Q.   Sure.
18   A.   I don't think so.  I don't remember.
19   Q.   And when you made the phone call, who did you
20   call?
21   A.   Oscar.
22   Q.   Did you make that phone call on your cell
23   phone?
24   A.   No.
25   Q.   On a Port Authority Police phone?

Page 192

Mejia

1
2    A.   Correct.
3    Q.   Okay.  And why did you call Oscar?
4    A.   To tell him that I wasn't going to make it.
5    Q.   Did you tell him why you weren't going to make
6    it?
7    A.   I did not.
8    Q.   Did he ask why?
9    A.   No.
10   Q.   Did you have to call him again that night to
11   let him know that you were going to make it?
12   A.   Yeah.
13   Q.   You used your cell phone for that?
14   A.   Yes.
15   Q.   This is after you were released?
16   A.   Yes.
17   Q.   Did you text him or phone him?
18   A.   Don't remember.
19   Q.   You knew what his phone number was when you
20   called him from the Port Authority Police precinct?
21   MS. CONTI-COOK:  Objection.
22   A.   No.
23   Q.   How did you get his phone number at that time?
24   A.   The officer went into my phone and gave me the
25   number, well, he wrote down the number so I can call.

Page 193

Mejia

1
2    Q.   Did you ask the officer to do that for you?
3    A.   Yes.
4    Q.   Is this the tall blond officer as well?
5    A.   Correct.
6    Q.   Did you ask the tall blond officer at any time
7    how long this was going to take?
8    A.   Time and time again.
9    Q.   Did he respond to you?
10   A.   We're gonna get you out of here.
11   Q.   Is that what he said?
12   A.   Yes.
13   Q.   Did that make you feel better?
14   MS. CONTI-COOK:  Objection.
15   A.   Yes, no.
16   Q.   "Yes, no"?
17   A.   It wasn't happening.  I kept asking.
18   Q.   When you called Oscar later that night to let
19   him know that you were actually going to show up, did
20   you tell him why you were delayed?
21   A.   No.
22   Q.   Have you ever spoken to Oscar about your
23   arrest?
24   A.   Yes.
25   Q.   So eventually you did tell him that you were

Page 194

Mejia

1   arrested that evening?
2      A.   Yes.
3      Q.   When did you speak to him about it?
4      A.   That day, that night.
5      Q.   In person?
6      A.   Yes.
7      Q.   What did you tell him?
8      A.   That I went to the bathroom, that I was
9   arrested and that I didn't know why.
10     Q.   Did anyone ever tell you why you were arrested
11  from the Port Authority Police?
12     A.   No.  Sorry.  At what point?
13     Q.   Sure.  That evening.
14     A.   No.
15     Q.   Let me try to finish.  I'm sorry.  I know you
16  know --
17     A.   I thought you were done.
18     Q.   I'm sorry, it's my fault.  Yeah, my fault.
19          That evening from the time you were
20  stopped by the police to the time you were released,
21  did anyone from the Port Authority Police explain to
22  you why you were arrested?
23     A.   No.
24     Q.   Were you given any paperwork when you were let

Page 195

Mejia

1   go that night?
2      A.   I was given a piece of paper.
3      Q.   What piece of paper?
4      A.   To show up in court on whatever date that was.
5      Q.   Do you still have that piece of paper?
6      A.   No.
7      Q.   That was the only thing, a piece of paper you
8   were given that night from the Port Authority Police?
9      A.   That, and the envelope with my stuff and the
10  frame and my bag.
11     Q.   Did the blond officer ever tell you why it was
12  taking as long as it took to get you out of there?
13     A.   No.
14     Q.   So besides being fingerprinted, photographed
15  and the phone call, and -- well, strike that.  Let me
16  ask it this way:
17          Outside of being handcuffed to the bench
18  and being fingerprinted, photographed and
19  handcuffed, the rest of the time that you were at
20  the Port Authority precinct, you were in a cell,
21  correct?
22     A.   Correct.
23     Q.   Were you alone in the cell?
24     A.   I was.

Page 196

Mejia

1      Q.   It's a single cell?
2          MS. CONTI-COOK:  Objection.
3      A.   I don't know the difference.
4      Q.   Was there a sink in there?
5      A.   No.
6      Q.   A bathroom, anything like that?
7      A.   I don't really remember, no.
8      Q.   Did you ask to use the bathroom at any point
9   in that couple hours you were in there?
10     A.   No.
11     Q.   Did you have to use the bathroom or not?
12     A.   No.
13     Q.   You don't have any medical conditions, like an
14  overactive bladder or anything like that, correct?
15     A.   Not that I know of.
16     Q.   You don't have any difficulty urinating?
17     A.   No.
18     Q.   No enlarged prostate or anything like that?
19     A.   No.
20     Q.   You didn't have it back then in 2014, correct?
21     A.   No.
22     Q.   So when you were released that night -- strike
23  that.
24          Did you feel humiliated when you were

Page 197

Mejia

1   arrested that evening?
2      A.   Did I what?
3      Q.   Did you feel humiliated that evening when you
4   were arrested?
5      A.   Yes.
6      Q.   Embarrassed?
7      A.   Not embarrassed.
8      Q.   Why did you feel humiliated?
9      A.   Because I was never given an answer.
10     Q.   Were you confused by it?
11     A.   Yes.
12     Q.   And you were confused because you didn't know
13  why you were arrested, right?
14     A.   Right.
15     Q.   Nobody explained it to you that evening,
16  right?
17     A.   No.
18     Q.   Who let you out of the cell that night; do you
19  know?
20     A.   Might have been him.  I'm not sure.
21     Q.   "Him" being the tall blond gentlemen?
22     A.   The tall guy, yeah.
23     Q.   You're not sure though?
24     A.   No.

Page 206

```
1                        Mejia
2      A.   Repeat the question.
3      Q.   Sure.
4           MR. BROPHY:  Read it back, please.
5           (Whereupon, pending question was read.)
6      A.   No.
7      Q.   And what do you think the basis of you being
8   targeted was?
9           MS. CONTI-COOK:  Objection.
10     A.   Could be a number of things.
11     Q.   What do you think those "number of things"
12  are?
13     A.   I don't -- it's not about what I think.  I
14  don't know.
15     Q.   I'm asking you.
16     A.   I don't know.
17     Q.   So you don't know --
18     A.   Could be 'cause I'm Spanish, could be 'cause
19  I'm, I don't know, anything.
20     Q.   Well, there's no allegation that you were
21  targeted because of your race in this lawsuit; are you
22  aware of that?
23     A.   I am.
24     Q.   This lawsuit is based on the fact that --
25  strike that -- the allegation that the Port Authority
```

Page 207

```
1                        Mejia
2   Police targeted people who appeared homosexual or
3   transgender; are you aware of that?
4           MS. CONTI-COOK:  Objection.
5      A.   So you answered your own question.
6      Q.   Is that what you think you were targeted for?
7      A.   Seems that way, yes.
8      Q.   What in your appearance would give off the
9   impression that you were a homosexual?
10          MS. CONTI-COOK:  Objection.
11     A.   A question for them.
12     Q.   Yeah, but I'm asking you.
13     A.   I don't know.
14     Q.   You're the one making the allegation.  I think
15  it's fair for you to answer.
16     Q.   What about your appearance would give off
17  the impression that you were a homosexual that was
18  being targeted?
19          MS. CONTI-COOK:  Objection.
20     A.   I don't know.
21     Q.   You have no idea?
22     A.   Still no.
23     Q.   And you're not transgender; is that correct?
24          MS. CONTI-COOK:  Objection.
25     A.   I was born male.
```

Page 208

```
1                        Mejia
2      Q.   And you're still a male, correct?
3           MS. CONTI-COOK:  Objection.
4      A.   Yes.
5      Q.   Okay.  What about your appearance gave off
6   that you were transgender?
7           MS. CONTI-COOK:  Objection.
8      A.   I didn't say I was transgender.
9      Q.   Okay.  But what about your appearance would
10  give off the impression that you were transgender?
11          MS. CONTI-COOK:  Objection.
12     Q.   Is there anything?
13     A.   A question for them, not for me.
14     Q.   Yeah, but you're the one making the
15  allegation, sir, right?  You're saying, I was targeted
16  because I appeared either as being homosexual or
17  transgender.
18          I'm asking you, what about your appearance
19  would give off the impression that you are
20  homosexual or transgender?
21          MS. CONTI-COOK:  Objection.  I want to
22          correct the record.  He said gender.  I don't
23          think he said transgender.
24     A.   I still don't know what gave off that
25  impression.  Could have been that I walked, could have
```

Page 209

```
1                        Mejia
2   been how I looked, could have been how I -- anything.
3   It could have been anything.
4      Q.   Anything about the way you looked could give
5   off any impression to anybody; is that what you're
6   saying?
7           MS. CONTI-COOK:  Objection.
8      A.   It's a matter of opinion.  I don't know.
9      Q.   You don't know?
10     A.   No.
11     Q.   What is your opinion as to why you were
12  targeted?
13          MS. CONTI-COOK:  Objection.
14     A.   I don't know.
15     Q.   What is your opinion about how you were
16  dressed that day; do you have an opinion about it?
17     A.   I don't understand the question.  Do I have an
18  opinion about how I was dressed?
19     Q.   Yeah.
20          MS. CONTI-COOK:  Objection.
21     A.   I was dressed normally.
22     Q.   You don't recall telling the New York Times
23  you didn't think that you were dressed in a way that
24  somebody would look at you in a respectful way?
25
```