# EXHIBIT 33

Page 1

1

2   UNITED STATES DISTRICT COURT

3   FOR THE SOUTHERN DISTRICT OF NEW YORK

4   ------------------------------------x

5   CORNELL HOLDEN, MIGUEL MEJIA, and
    JEFFREY K. REED, on behalf of

6   themselves and others similarly situated,

7                          Plaintiffs,

8   -against-              1:17-cv-02192-JGK-RL

9   THE PORT AUTHORITY OF NEW YORK AND
    NEW JERSEY; THE PORT AUTHORITY POLICE

10  DEPARTMENT; and MICHAEL OPROMALLA,
    SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO,

11  MICHAEL DEMARTINO, RICHARD AYLMER and
    OFFICERS JOHN DOE 1-100, sued in their

12  individual capacities as officers of
    the Port Authority Police Department,

13

                           Defendants.

14

    ------------------------------------x

15

                           April 29, 2019

16                         10:16 a.m.

17

18      Videotaped Deposition of MICHAEL R.

19  COAN, taken by Plaintiffs, pursuant to

20  Notice, at the offices of Winston &

21  Strawn LLP, 200 Park Avenue, New York,

22  New York, before ERIC J. FINZ, a

23  Shorthand Reporter and Notary Public

24  within and for the State of New York.

25

Page 2

1
2 A P P E A R A N C E S:
3 WINSTON & STRAWN LLP
  Attorneys for Plaintiffs
4    200 Park Avenue
     New York, New York 10166
5
   BY:  DANIEL R. McNEELY, ESQ.
6      (dmcneely@winston.com)
7      -AND-
8 LEGAL AID SOCIETY
     199 Water Street
9    New York, New York 10038
10 BY: CYNTHIA CONTI-COOK, ESQ.
      (cconti-cook@legal-aid.org)
11
12
   THE PORT AUTHORITY OF NEW YORK AND
13 NEW JERSEY
   Attorneys for Defendants
14    150 Greenwich Street
      New York, New York 10006
15
   BY: KATHLEEN GILL MILLER, ESQ.
16    ANDRES J. CASTILLO, ESQ.
17
18
   ALSO PRESENT:
19
20   BENJAMIN RUTKIN-BECKER
21   HOWARD BRODSKY, Videographer
22
23
24
25

Page 3

1
2        IT IS HEREBY STIPULATED AND
3 AGREED by and between the attorneys for
4 the respective parties herein that filing
5 and sealing be and the same are hereby
6 waived.
7        IT IS FURTHER STIPULATED AND
8 AGREED that all objections, except as to
9 the form of the question, shall be
10 reserved to the time of the trial.
11        IT IS FURTHER STIPULATED AND
12 AGREED that the within deposition may be
13 signed and sworn to before any officer
14 authorized to administer an oath with the
15 same force and effect as if signed and
16 sworn to before the Court.
17
18
19
20
21
22
23
24
25

Page 4

1        MICHAEL R. COAN
2        THE VIDEOGRAPHER:  Good
3 morning.  Here begins the video
4 recorded deposition of Mr. Michael
5 R. Coan, taken by the plaintiffs,
6 in the matter of Cornell Holden, et
7 al., plaintiffs, versus The Port
8 Authority of New York and New
9 Jersey, et al., defendants, Index
10 No. 1:17 2192-JGK-RL, in the United
11 States District Court, for the
12 Southern District of New York.
13        This deposition is proceeding
14 at Winston & Strawn LLP, 200 Park
15 Avenue, New York, New York 10166,
16 on Monday, April 29, 2019, at
17 approximately 10:17.
18        My name is Howard Brodsky, and
19 I am the legal video specialist in
20 association with Veritext Legal
21 Solutions, with offices located in
22 New York, New York.  The court
23 reporter is Eric Finz, in
24 association with Veritext.
25        Will counsel please state

Page 5

1        MICHAEL R. COAN
2 their appearances for the record.
3        MS. CONTI-COOK:  Good morning.
4 My name is Cynthia Conti-Cook with
5 the Legal Aid Society representing
6 the plaintiffs.
7        MR. RUTKIN-BECKER:  Benjamin
8 Rutkin-Becker with the Legal Aid
9 Society.
10        MR. McNEELY:  Daniel McNeely
11 of Winston & Strawn representing
12 plaintiffs.
13        MS. MILLER:  Kathleen Miller,
14 Port Authority of New York and New
15 Jersey.
16        MR. CASTILLO:  Andres Castillo
17 of The Port Authority of New York
18 and New Jersey.
19        THE VIDEOGRAPHER:  Thank you.
20 Will the court reporter please
21 swear in the witness.
22 MICHAEL R. COAN,
23 having been first duly sworn by the
24 Notary Public (Eric J. Finz), was
25 examined and testified as follows:

2 (Pages 2 - 5)

Page 126

MICHAEL R. COAN

1    MICHAEL R. COAN
2    came to my conclusion.
3        Q.   Do you know the outcome of
4    that trial that he testified was?
5        A.   I do believe Mejia was
6    acquitted, I believe.
7        Q.   That's right.
8        You mentioned that your
9    experience in policing transit facility
10   bathrooms and what happens in the men's
11   rooms also informs your belief that the
12   officers were more credible than
13   Mr. Holden.  Can you explain that?
14       A.   I'm familiar that in a
15   transportation facility there's numerous
16   areas where people come and go.
17   Thousands and thousands of people use the
18   public bathrooms on a daily basis.  And
19   when I first came to the MTA I was
20   surprised at the number of incidents that
21   happened in and around the bathrooms.
22       But after I was there a while,
23   I realized it's really a point, a
24   location where -- it's a destination for
25   a lot of people.  And the issues of

Page 127

MICHAEL R. COAN

1    MICHAEL R. COAN
2    violations to criminal activity to lost
3    property to forgotten property to damage
4    to property.  So the knowledge, I just
5    knew that bathrooms are a place where law
6    enforcement has to police and be aware
7    of.
8        Q.   How does that make the
9    officers more credible than Mr. Holden?
10       A.   Well, it's certainly, in
11   policing, I would want my officers, just
12   as these officers did, to go in there.
13   The credibility aspect comes in, they are
14   trained, they observe a crime, they have
15   probable cause, they make the arrest,
16   they swear to an affidavit that what
17   they've observed and what they saw, they
18   take an oath as police officers to
19   enforce the law.  And I believe in this
20   circumstance, that that's what they did
21   and that they were credible and that they
22   were telling the truth.
23       Q.   Did you find Mr. Holden
24   specifically incredible for any reason?
25       A.   Incredible for any reason?

Page 128

MICHAEL R. COAN

1    MICHAEL R. COAN
2        Q.   Um-hum.
3        MS. MILLER:  Objection.
4        You may answer.
5        A.   I saw that he didn't admit
6    what he did.  I believe he committed the
7    acts which were stated by the officer
8    that he committed.  I did not find his
9    denial credible.
10       Q.   Why not?
11       MS. MILLER:  Objection.
12       You may answer.
13       A.   I saw no reason why the
14   officer would make up a lie about this
15   individual committing that act.
16       Q.   Right.
17       But what about Mr. Holden
18   specifically was not believable?
19       A.   I just did not find his denial
20   credible.  I didn't find the aspect that
21   he stated that all of a sudden he had a
22   nose bleed, credible.  I just believe the
23   officer observed what he said he stated
24   he observed.  And that Mr. Holden denied
25   it, which individuals arrested deny a lot

Page 129

MICHAEL R. COAN

1    MICHAEL R. COAN
2    of things.
3        Q.   Was there any other evidence
4    other than the officers' observations
5    about what Mr. Holden did in the bathroom
6    in 2014?
7        MS. MILLER:  Objection.  Other
8        than what he's already testified
9        to?
10       MS. CONTI-COOK:  Yes.
11       A.   So the question is was there
12   any other evidence?
13       Q.   Right.
14       A.   Other than the elements of the
15   crime public lewdness?
16       Q.   Let me rephrase.
17       Other than the officer's word
18   versus Mr. Holden's word, was there any
19   other evidence of lewdness happening in
20   the bathroom in 2014?
21       MS. MILLER:  Objection.
22       MS. CONTI-COOK:  You may state
23       an objection to form.
24       A.   Was, was any other evidence,
25   the evidence would be prior arrests for

33 (Pages 126 - 129)