AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. |
|  | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

*Attorney's signature*

*Printed name and bar number*

*Address*

*E-mail address*

646 527 0095

*Telephone number*

646 449 6917

*FAX number*