```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
CORNELL HOLDEN AND MIGUEL MEJIA,

                    Plaintiffs,           17-cv-2192 (JGK)

                                          ORDER
against -

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY; THE PORT AUTHORITY
POLICY DEPARTMENT; AND MICHAEL
OPROMALLA, SHAUN KEHOE, JOHN TONE,
JORDAN ESPOSITO, MICHAEL DEMARTINO,
RICHARD AYLMER, PAUL MILLER, JOHN
FITZPATRICK, PAUL O'DELL, AND
OFFICERS JOHN DOE 1-97, SUED IN
THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES AS OFFICERS OF THE PORT
AUHTORITY POLICY DEPARTMENT,

                    Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

For the reasons discussed during today's teleconference, the plaintiffs' motion for reconsideration is **granted**, the plaintiffs' motion in limine is **granted in part and denied in part**; and the defendants' motion in limine is **granted in part and denied in part**. The parties should submit the letters requested by the Court by Tuesday, February 9, 2021. The Clerk is directed to close Docket Nos. 202, 205, 208, & 210.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **February 6, 2021**

                                    _____/s/ John G. Koeltl_____
                                          John G. Koeltl
                                    United States District Judge