

March 3, 2021

**Via ECF**

|  |  |
|---|---|
| Application granted. | |
| SO ORDERED. | |
| | /s/ John G. Koeltl |
| New York, New York | John G. Koeltl |
| March 4, 2021 | U.S.D.J. |

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1316

    Re:    Holden, et al. v. The Port Authority of New York and New Jersey, et al.
            1:17 Civ 02192 (JGK)(RWL)

Dear Judge Koeltl:

       This letter is a joint application by both parties for an extension of time to file the joint pre-trial order from March 15, 2021, to a date 21 days after a determination by Magistrate Judge Lehrburger, to whom this matter has been referred for settlement negotiations (ECF No. 197), that a settlement cannot be reached.  The parties are proposing that the scheduling order of February 26, 2020 (ECF No. 198) be amended to provide: the pretrial order shall be filed 21 days after settlement discussions are discontinued by Magistrate Lehrburger and objections to be filed within 7 days thereafter.

                                                  Respectfully submitted,

                                                    /S/

                                                  Kathleen Gill Miller
                                                 Thomas Brophy
                                                 The Port Authority Law Department
                                                 Attorneys For Defendants
                                                 212-435-3434/212-435-3492

KGM:kc
cc:
Winston & Strawn LLP
Seth Spitzer, Esq.
Attorney for the Plaintiffs
200 Park Avenue
New York, NY  10166-4193
Via ECF

4 World Trade Center  I  150 Greenwich Street, 24th Floor  I  New York, NY 10007  I  T: 212-435-3434  I  F: 212-435-3834  I  E: kmiller@panynj.gov



2

Molly Griffard, Esq.
Legal Aid Society
Attorney for Plaintiffs
199 Water Street, 6th Fl.
New York, NY  10030
Via ECF