

1

March 22, 2021

<u>**Via ECF**</u>

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1316

     **Re:**    **Holden, et al. v. The Port Authority of New York and New Jersey, et al.**
            **1:17 Civ 02192 (JGK)(RWL)**

Dear Judge Koeltl:

     Defendants apologize to the Court if there was any misunderstanding on our part concerning the supplemental motion *in limine* directed to Dr. Jason Pierceson's expert report. This Court set a schedule of March 19 for the motions by both sides with respect to the reports and April 2 as the date for any opposition.  At the hearing on February 5, this Court initially directed defendants to prepare a revised report for Michael Coan and to file a motion with respect to Dr. Pierceson.  Plaintiffs proposed that they submit a revised report for Dr. Pierceson, and defendants agreed with the hope it would avoid further motion practice.  Plaintiffs never sought a meet and confer with respect to defendants' objections to specific language in Dr. Pierceson's report, but simply served a revised report on February 23. Defendants found numerous statements in that report to be objectionable, as set forth in the motion filed on March 19.  If plaintiffs agree to remove any of these statements, it will narrow the scope of the motion. Otherwise, we respectfully request that the motion be accepted as filed since the parties are moving forward with settlement negotiations with Judge Lehrburger, and time is limited.

                    Respectfully submitted,

                    /s/ Kathleen Gill Miller
                    Kathleen Gill Miller
                    Thomas Brophy
                    The Port Authority Law Department
                    Attorneys For Defendants
                    212-435-3434/212-435-3492

KGM:kc



2

cc:
Winston & Strawn LLP
Seth Spitzer, Esq.
Attorney for the Plaintiffs
200 Park Avenue
New York, NY 10166-4193
Via ECF

Molly Griffard, Esq.
Legal Aid Society
Attorney for Plaintiffs
199 Water Street, 6th Fl.
New York, NY 10030
Via ECF