```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**HOLDEN, ET AL.,**                                   **17-cv-2192 (JGK)**

          **Plaintiffs,**               <u>**ORDER**</u>

   **- against -**

**PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ET AL.,**

          **Defendants.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The defendants' motion to strike, ECF No. 262, is denied without prejudice, pending the parties' agreement to a new schedule, following the conclusion of the mediation before Magistrate Judge Lehrburger.

**SO ORDERED.**

**Dated:   New York, New York**
         **March 22, 2021**

                                       **/s/ John G. Koeltl**
                                        **John G. Koeltl**
                            **United States District Judge**