```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORNELL HOLDEN, et al.,                    :
                                           :     17-CV-2192 (JGK) (RWL)
                       Plaintiffs,         :
                                           :     ORDER
          - against -                      :
                                           :
THE PORT AUTHORITY OF NEW YORK             :
AND NEW JERSEY, et al.,                    :
                                           :
                       Defendants.         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court and parties last held a settlement conference on September 23, 2021. The Court will hold another conference with the goal of finalizing any remaining issues. The parties shall cooperate with my Courtroom Deputy in scheduling a date. In advance of the settlement conference, the parties shall continue to pro-actively and diligently pursue settlement efforts. At least five business days before the settlement conference, the parties shall jointly submit a letter of no more than five pages setting forth status and issues for which the Court's assistance is needed. Additionally, and at least three business days before the settlement conference, the parties may submit ex parte letters of no more than three pages supplementing anything else of which they would like to advise the Court. Final decision makers must attend the conference.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2021
New York, New York

Copies transmitted to all counsel of record.