UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| CORNELL HOLDEN and MIGUEL MEJIA, on behalf of themselves and all others similarly situated, | : : : : | 1:17-cv-02192-JGK-RWL |
| Plaintiffs, | : : | |
| -against- | : : | |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY; THE PORT AUTHORITY POLICE DEPARTMENT; and MICHAEL OPROMALLA, SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO, MICHAEL DEMARTINO, RICHARD AYLMER, PAUL MILLER, JOHN FITZPATRICK, PAUL O'DELL and OFFICERS JOHN DOE 1-99, sued in their individual capacities and official capacities as officers of the Port Authority Police Department, | : : : : : : : : : : | **NOTICE OF MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS** |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Allison N. Skopec, Plaintiffs Cornell Holden and Miguel Mejia ("Plaintiffs") hereby move this Court to withdraw Allison N. Skopec as counsel of record for Plaintiffs and remove her from the ECF service list for this action. This withdrawal is being presented because Ms. Skopec will no longer be involved in the pending action, effective immediately.

Dated: New York, New York
       November 24, 2021

Respectfully submitted,

By: /s/ Allison N. Skopec
    Allison N. Skopec
    Winston & Strawn LLP
    200 Park Avenue
    New York, New York 10166
    askopec@winston.com

*Attorney for Plaintiffs*