```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CORNELL HOLDEN, et al.,

                      Plaintiffs,

        - against -

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, et al.,

                    Defendants.
-------------------------------------------------------------X

17-CV-2192 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Court held a third settlement conference session on December 13, 2021. Following that conference, and after further discussion, the parties appeared to be at a deadlock. Accordingly, by February 9, 2022, the parties shall file a joint letter advising as to status. Absent agreement in principle between all parties, by February 16, 2022, the parties shall file a letter addressed to Judge Koeltl proposing next steps in the litigation.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: February 2, 2022
       New York, New York

Copies transmitted to all counsel of record.