UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNELL HOLDEN, ET AL.,

                Plaintiffs,

    - against -

THE PORT AUTHORITY POLICE
DEPARTMENT, ET AL.,

                Defendants.

17-cv-2192 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties participated in a settlement conference before Magistrate Judge Lehrburger on February 15, 2022. The parties are directed to submit a status report advising the Court of the status of this case by March 23, 2022.

SO ORDERED.

Dated:    New York, New York
            March 16, 2022

                                          John G. Koeltl
                                    United States District Judge