UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNELL HOLDEN, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,                17-cv-2192 (JGK)

                   Plaintiffs,                           ORDER

    - against -

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, ET AL.,

                   Defendants.

---

JOHN G. KOELTL, District Judge:

    By Order dated March 16, 2022, the Court directed the parties to submit a status report advising the Court of the status of this case by March 23, 2022. ECF No. 276. The parties have failed to submit the required status report. The time for the parties to submit a status report advising the Court of the status of this case is extended to April 26, 2022.

SO ORDERED.

Dated:    New York, New York
           April 19, 2022

                                           John G. Koeltl
                                   United States District Judge