

May 13, 2022

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1316

      Re:    Holden, et al. v. The Port Authority of New York and New Jersey, et al.
                1:17 Civ 02192 (JGK)(RWL)

Dear Judge Koeltl:

      In their status report to the Court, the parties advised that they would file a Stipulation of Dismissal without prejudice by May 15.  However, the final draft of Settlement Agreement and the undertakings by the Port Authority, which must begin immediately thereafter are a bit complex and require more time. Defendants are therefore requesting an additional two weeks, or up to May 30 to file the Stipulation.  From the defendants' perspective, the parties still have agreement on the terms.

      Plaintiffs have agreed to this extension.

                                            Respectfully submitted,

                                            /s/ Kathleen Gill Miller
                                            Kathleen Gill Miller
                                            Thomas Brophy
                                            The Port Authority Law Department
                                            Attorneys For Defendants
                                            212-435-3434/212-435-3492

KGM:kc



cc: Winston & Strawn
Attorney for the Plaintiffs
Seth Spitzer Esq.
Michelle Tuma Esq.
35 W. Wacker Drive
Chicago, IL  60601-9703
Via ECF

The Legal Aid Society
Attorneys for Plaintiffs
Molly Griffard, Esq.
Marlen Bodden, Esq.
199 Water Street, 6th Fl.
New York, NY  10030
Via ECF