UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CORNELL HOLDEN and MIGUEL MEJIA,

                Plaintiffs,

   -against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY; THE PORT AUTHORITY POLICE DEPARTMENT; and MICHAEL OPROMALLA, SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO, MICHAEL DEMARTINO, RICHARD AYLMER, PAUL MILLER, JOHN FITZPATRICK, PAUL O'DELL and OFFICERS JOHN DOE 1-99, sued in their individual capacities and official capacities as officers of the Port Authority Police Department,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION AND ORDER OF DISMISSAL**

**1:17-cv-02192-JGK-RWL**

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1.    The above-referenced action is hereby dismissed without prejudice subject to reinstatement by Plaintiffs at the end of three months from the date hereof if Magistrate Lehrburger determines that the Port Authority of New York and New Jersey has not complied with its obligations under the settlement agreement.

Dated: New York, New York
    May 31   , 2022

| | |
|---|---|
| WINSTON & STRAWN LLP<br>*Counsel for Plaintiffs Cornell Holden and Miguel Mejia*<br>200 Park Avenue<br>New York, NY 10166<br><br>By: _____<br>    Seth Spitzer, Esq. | THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY LAW DEPARTMENT<br>*Counsel for Defendants Port Authority of New York and New Jersey, Port Authority Police Department, Opromalla, Kehoe, Tone, Esposito, DeMartino, Aylmer, Miller, Fitzpatrick,* and *O'Dell*<br><br>4 World Trade Center<br>150 Greenwich Street<br>New York, New York 10007<br><br>By: _____<br>    Kathleen Gill Miller |

THE LEGAL AID SOCIETY
*Counsel for Plaintiffs Cornell Holden and Miguel Mejia*
199 Water Street
New York, NY 10038

By: _____
    Molly Giffard, Esq.

SO ORDERED:

_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022