UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CORNELL HOLDEN and MIGUEL MEJIA,      :

                  :

          Plaintiffs,        :

                  :     **STIPULATION   AND   ORDER**

   -against-             :     **OF DISMISSAL**

                  :

THE PORT AUTHORITY OF NEW YORK AND  :
NEW JERSEY; THE PORT AUTHORITY     :
POLICE DEPARTMENT; and MICHAEL      :
OPROMALLA, SHAUN KEHOE, JOHN TONE,  :     **1:17-cv-02192-JGK-RWL**
JORDAN ESPOSITO, MICHAEL DEMARTINO, :
RICHARD AYLMER, PAUL MILLER, JOHN   :
FITZPATRICK, PAUL O'DELL and OFFICERS  :
JOHN DOE 1-99, sued in their individual capacities:
and official capacities as officers of the Port  :
Authority Police Department,         :

                  :

          Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1.    The above-referenced action is hereby dismissed without prejudice subject to reinstatement by Plaintiffs at the end of three months from the date hereof if Magistrate Lehrburger determines that the Port Authority of New York and New Jersey has not complied with its obligations under the settlement agreement.

Dated: New York, New York
    May 31    , 2022

WINSTON & STRAWN LLP
*Counsel for Plaintiffs Cornell Holden and*
*Miguel Mejia*
200 Park Avenue
New York, NY 10166

By: _____
    Seth Spitzer, Esq.

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY LAW DEPARTMENT
*Counsel for Defendants Port Authority of New*
*York and New Jersey, Port Authority Police*
*Department, Opromalla, Kehoe, Tone, Esposito,*
*DeMartino, Aylmer, Miller, Fitzpatrick,* and
*O'Dell*

4 World Trade Center
150 Greenwich Street
New York, New York 10007

By: _____
    Kathleen Gill Miller

THE LEGAL AID SOCIETY
*Counsel for Plaintiffs Cornell Holden and*
*Miguel Mejia*
199 Water Street
New York, NY 10038

By: _____
    Molly Griffard, Esq.

SO ORDERED:

_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: _____6/1_____, 2022

*The Clerk is directed to close this case subject to reinstatement as provided above.*

*So ordered.*

*6/1/22*
*U.S.D.J.*