UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CORNELL HOLDEN and MIGUEL MEJIA, on behalf
of themselves and others similarly situated,

                     Plaintiffs,

vs.

THE PORT AUTHORITY OF NEW YORK AND NEW
JERSEY; THE PORT AUTHORITY POLICE
DEPARTMENT; and MICHAEL OPROMALLA,
SHAUN KEHOE, JOHN TONE, JORDAN ESPOSITO,
MICHAEL DEMARTINO, RICHARD ALYMER, PAUL
MILLER, JOHN FITZPATRICK, PAUL O'DELL and
OFFICERS JOHN DOE 1-99, sued in their individual
capacities and official capacities as officers of the Port
Authority Police Department,
                     Defendants.
-----------------------------------------------------------------X

1:17-cv-02192
(JGK) (RWL)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the plaintiffs, Cornell Holden and Miguel Mejia and counsel for the remaining defendants, The Port Authority of New York and New Jersey, Michael Opromalla and John Tone, that the above-captioned action having been settled, it is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
         October 20, 2022

TO: Winston & Strawn, LLP
Counsel for Plaintiffs Cornell Holden
and Miguel Mejia
200 Park Avenue
New York, New York 10161

By: _____
Seth Spitzer

cc: The Legal Aid Society
Co-counsel for Plaintiffs
Cornell Holden and Miguel Mejia
199 Water Street
New York, NY 10038

By _____
Molly Griffard

The Port Authority of New York
and New Jersey Law Department
Counsel for Defendants, The
Port Authority of New York
and New Jersey, Michael Opromalla
and John Tone
4 World Trade Center/150
Greenwich St., 24 Fl.,
New York, NY 100007

By _____
Kathleen Gill Miller

SO ORDERED:

_____
10/25/22

-2-